JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW POLSKY, an individual; ALTER MANAGEMENT, LLC, a California limited liability company; ALTER HEALTH GROUP, INC., a California corporation; ALTER LIFE SCIENCES, INC., a California corporation; ALTER LIFE SCIENCES, LLC, a California limited liability company; CAMBRIDGE MENTAL HEALTH MANAGEMENT LLC, a California limited liability company; SEFED, a California corporation; and DOES 1 through 10,<br><br>        Defendants. | Case No. 8:23-cv-02398-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the "Order Striking the Pleadings of Wingsail Holdings, LLC" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1332 & 1367.

2. The operative pleading is the Complaint [ECF No. 1] filed by Plaintiff Wingsail Holdings, LLC.

3. Judgment is hereby entered in **FAVOR** of Defendants Andrew Polsky; Alter Management, LLC; Alter Health Group, Inc.; Alter Life Sciences, Inc.; Alter Life Sciences, LLC; Cambridge Mental Health Management LLC; and Sefed and **AGAINST** Wingsail Holdings, LLC. The Complaint is **DISMISSED**.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 26, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE