**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC etc., et al. <br> PLAINTIFF(S) <br> v. <br> ANDREW POLSKY etc., et al. <br> DEFENDANT(S) | CASE NUMBER: 8:23-CV-02398-JWH-DFM <br><br> **REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

### INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

### SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Mani Shiek                                            CA Bar Number: 245487

Firm or agency: SHIEK LAW, INC.

Address: 526 Third Street, Suite A, San Rafael, CA 94901

Telephone Number: 415-205-8490

E-mail: mani@shieklaw.us

Counsel of record for the following party or parties: Plaintiffs WINGSAIL HOLDINGS, LLC and YUNFEI "KRISTY" BAI

Other members of the same firm or agency also seeking to withdraw: Kimya Liaghat (CA Bar No. 328730)

**SECTION II - NEW REPRESENTATION**

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: William L. Buus                                              CA Bar Number: 180059

Firm or agency: BUUS LAW GROUP APC

Address: 3 Pointe Drive, Suite 110, Brea, CA 92821

Telephone Number: (949)825-6140

E-mail: wbuus@buuslaw.com

**SECTION III - SIGNATURES**

*Withdrawing Attorney*
I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: May 8, 2025                  Signature: /s/ Mani Sheik
                                   Name: Mani Shiek

*New Attorney (if applicable)*
I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: May 8, 2025                  Signature: /s/ William L. Buus
                                   Name: William L. Buus

*Party Represented by Withdrawing Attorney*
I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.
☐ representing myself *pro se* in this case.

Date: May 8, 2025                  Signature: [signature]
                                   Name: Yunfei "Kristy" Bai
                                   Title: Individually and as Manager of Wingsail Holdings, LLC

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is that of 3 Pointe Drive, Suite 110, Brea, California 92821.

I hereby certify that on May 21, 2025, I electronically filed the foregoing REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

Alejandro S. Angulo, Esq.
aangulo@rutan.com
Joelle Leib, Esq.
jleib@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Tel.: 714-641-5100
Fax: 714-546-9035

Attorneys for Defendants ANDREW POLSKY and SEFED

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ William L. Buus
