# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| WINGSAIL HOLDINGS, LLC etc., et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:23-CV-02398-JWH-DFM |
| V. | |
| ANDREW POLSKY etc., et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [73] |
| Defendant(s). | |

☒ The Court hereby orders that the request of:
_Wingsail Holdings LLC and Yunfei Bai_  ☒Plaintiff ☐Defendant ☐Other _____
Name of Party

☒ to substitute  _William L. Buus_  who is
☒ Retained Counsel ☐Counsel appointed by the Court (Criminal cases only) ☐Pro Se

_3 Pointe Drive, Suite 110_
Street Address

_Brea, CA 92821_                                  _wbuus@buuslaw.com_
City, State, Zip                                    E-Mail Address

_(949)825-6140_                     _____                _180059_
Telephone Number                  Fax Number              State Bar Number

As attorney of record instead of  _Mani Shiek and Kimya Liaghat_
List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of: _____
List **all** attorneys from same firm or agency who are withdrawing.

to withdraw as attorney of record for _____

**Is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **May 21, 2025**

_____
U.S. District Judge/John W. Holcomb