William L. Buus (SBN 180059)
wbuus@buuslaw.com
BUUS LAW GROUP APC
3 Pointe Drive, Suite 110
Brea, CA 92821
Telephone: (949) 825-6140
Facsimile: (949) 825-6141

Attorneys for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10, <br><br> Defendants. | Case No.: 8:23-CV-02398-JWH-DFM <br><br> PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DATES AND DEADLINES |

TO THIS HONORABLE COURT AND TO DEFENDANTS AND THEIR COUNSEL OF RECORD:

Plaintiff WINGSAIL HOLDINGS, LLC and YUNFEI "KRISTY" BAI hereby submit this ex parte application to continue the presently-scheduled trial date of December 1, 2025, to mid-March of 2026, and to extend all related dates and deadlines pursuant to Federal Rules of Civil Procedure, Rule 16(b)(4) and United States District Court, Central District of California, Local Rule 7-19. Plaintiffs believe good cause exists for this requested trial continuance and extension of related dates and deadlines for the following reasons:

- Defendants have moved to dismiss Plaintiffs' Second Amended

1

Complaint, and the Court took that motion under submission on February 25, 2025. The Court has not yet issued a decision on that motion and, therefore, Defendants have not filed an answer to the Second Amended Complaint and as a result Plaintiffs have not been given a reasonable opportunity to conduct discovery as to any denials, affirmative defenses, and/or any other new matter that may be raised in the answer. The present discovery deadline of July 25, 2025, in fact gives them no opportunity to conduct such discovery.

- Plaintiffs have recently changed attorneys, with new counsel substituting in as counsel of record on May 21, 2025. New counsel is of the opinion that some additional discovery needs to be conducted in the form of document requests to Defendants and two to three depositions of percipient witnesses, and the currently-scheduled deadline of July 25, 2025 will not afford a reasonable opportunity to complete that discovery.

- New counsel for Plaintiffs currently already has trial scheduled the first half of December in a case pending in Los Angeles County Superior Court that is up against the five-year deadline to bring the case to trial, so the likelihood that trial will commence at that time is great.

For those reasons, Plaintiffs respectfully request a three and one-half month continuance of the trial date and extension of related trial dates and deadlines.

Counsel for Plaintiffs and counsel for Defendants met and conferred about the request Plaintiffs are making herein, but were unable to reach an agreement.

///

///

///

///

(See Buus Declaration, ¶ 7, Exhibit "A.") As such, Plaintiffs expect Defendants to oppose this ex parte application.

Respectfully submitted,

Dated: July 14, 2025

BUUS LAW GROUP APC

*/s/ William L. Buus*

By: William L. Buus
Counsel for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

# **PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is that of 3 Pointe Drive, Suite 110, Brea, California 92821.

I hereby certify that on July 14, 2025, I electronically filed the foregoing PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DATES AND DEADLINES with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

Alejandro S. Angulo, Esq.
aangulo@rutan.com
Joelle Leib, Esq.
jleib@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Tel.: 714-641-5100
Fax: 714-546-9035

Attorneys for Defendants ANDREW POLSKY and SEFED

Executed on July 14, 2025, at Brea, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ William L. Buus

PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DATES AND DEADLINES