William L. Buus (SBN 180059)
*wbuus@buuslaw.com*
BUUS LAW GROUP APC
3 Pointe Drive, Suite 110
Brea, CA 92821
Telephone:   (949) 825-6140
Facsimile:    (949) 825-6141

Attorneys for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 8:23-CV-02398-JWH-DFM<br><br>DECLARATION OF WILLIAM L. BUUS IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DATES AND DEADLINES |

I, William L. Buus, declare and state as follows:

1.      I am an attorney licensed to practice law before all courts of the State of California, as well as the United States District Court, Central District of California, and I am presently counsel of record for plaintiffs herein, WINGSAIL HOLDINGS, LLC and YUNFEI "KRISTY" BAI.  I have personal knowledge of the following facts and, if called as a witness, could and would competently testify thereto.

2.      I substituted in as counsel of record for plaintiffs herein on May 21, 2025.  This case's online docket available on PACER reveals the following:

- This case was commenced on December 18, 2023, with the filing of a

1

DECLARATION OF WILLIAM L. BUUS IN SUPPORT OF PLAINTIFFS' EX PARTE
APPLICATION TO CONTINUE TRIAL AND RELATED DATES AND DEADLINES

complaint;

• The operative Second Amended Complaint was filed on January 13, 2025, and Defendants moved to dismiss that complaint;

• The motion to dismiss filed by Defendants was fully briefed and the Court took that matter under submission;

• That motion remains pending, and Defendants have not yet filed any answer to the Second Amended Complaint.

3.     After I reviewed the client's file, I scheduled the deposition of Defendant Andrew Polsky, which is currently scheduled to take place on July 22, 2025.  By that time, the parties had already exchanged their FRCP Rule 26 Initial Disclosures, and Plaintiffs had propounded, and Defendants responded to, set of document requests.  In my opinion, additional discovery needs to be conducted in the form of document requests to Defendants and two to three depositions of percipient witnesses, and the currently-scheduled discovery deadline of July 25, 2025, will not afford a reasonable opportunity to complete that discovery.

4.     To compound matters, I have a family vacation scheduled for the week of July 21, 2025, and while that will not prevent me from doing what needs to be done in this case, I would prefer to spend that time with my wife and children.

5.     I have trial scheduled in another action pending in Los Angeles Superior Court and that is up against the five-year deadline to bring the case to trial, so the likelihood that trial will commence in that case at that time is high.

6.     For those reasons, Plaintiffs and I respectfully request a three and one-half month continuance of the trial date and extension of related trial dates and deadlines.

7.     On Thursday, July 10, 2025, I had a telephone conversation with counsel for Defendants, and asked if he and his client were willing to stipulate to a trial continuance and he told me that he would discuss the matter and let me know.

DECLARATION OF WILLIAM L. BUUS IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DATES AND DEADLINES

The following day, counsel for the Defendants sent an email, stating that they would not agree to a continuance and would oppose any effort on Plaintiffs' part to obtain one. We thereafter exchanged a few additional emails on that topic. A true and correct copy of the email exchange I had with opposing counsel about this is attached hereto as Exhibit "A." Based upon that email exchange, I expect Defendants to oppose this ex parte application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 14, 2025, at Brea, California.

 */s/ William L. Buus*

William L. Buus

DECLARATION OF WILLIAM L. BUUS IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DATES AND DEADLINES

# EXHIBIT A

| | |
|---|---|
| **From:** | Bill Buus |
| **To:** | Angulo, Alex |
| **Cc:** | Backer, Jackson |
| **Subject:** | RE: Wingsail v. Polsky |
| **Date:** | Monday, July 14, 2025 9:10:00 AM |
| **Attachments:** | image001.png |
| | image002.png |

Actually, you were the one who raised the issue, and properly I think since the prejudice comes from not being able to conduct discovery as to your denials and affirmative defenses since you haven't made/asserted them yet.  I know your instructions are to oppose, so I'll just file the application.

William L. Buus

BUUS LAW GROUP APC

Office:         (949)825-6140

Mobile:        (562)552-0851

**From:** Angulo, Alex <aangulo@rutan.com>
**Sent:** Saturday, July 12, 2025 12:59 PM
**To:** Bill Buus <wbuus@buuslaw.com>
**Cc:** Backer, Jackson <jbacker@rutan.com>
**Subject:** RE: Wingsail v. Polsky

Bill – Thanks for this additional information. You did mention this issue, but I thought it went to the issue of prejudice; meaning that there is no prejudice for the continuance given that the case is not at issue. If I understand your email below, your client's position is that a continuance is justified because the case is not at issue. We do not believe that is a reason for a continuance. Thanks.

**Alejandro S. Angulo**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612

O. (714) 641-5100 | D. (714) 641-3401 | M. (949) 887-5584

aangulo@rutan.com | www.rutan.com



Privileged And Confidential Communication.

This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

**From:** Bill Buus <wbuus@buuslaw.com>
**Sent:** Friday, July 11, 2025 3:40 PM
**To:** Angulo, Alex <aangulo@rutan.com>
**Cc:** Backer, Jackson <jbacker@rutan.com>
**Subject:** RE: Wingsail v. Polsky

Alex,

The other reason we discussed during our telephone call was that the case is not presently at issue, in that your clients have not filed any answer to the complaint.  With the understanding that your position will nevertheless remain unchanged, I will proceed with filing an ex parte application and note therein that you and your client oppose the requests being made.

Bill

---

William L. Buus
BUUS LAW GROUP APC
Office:        (949)825-6140
Mobile:       (562)552-0851

**From:** Angulo, Alex <aangulo@rutan.com>
**Sent:** Friday, July 11, 2025 12:00 PM
**To:** Bill Buus <wbuus@buuslaw.com>
**Cc:** Backer, Jackson <jbacker@rutan.com>
**Subject:** RE: Wingsail v. Polsky

Bill –

I am writing in connection with plaintiff's proposal to continue the trial and related dates for at least two months. We understand that plaintiff contends that a continuance is warranted for the following reasons:

1. Plaintiff needs additional time to conduct discovery;
2. Plaintiff needs additional time for you to get up to speed on the case; and
3. You are not available for the scheduled trial.

Please let me know if there are any other reasons for which plaintiff is seeking a continuance. I also understand that plaintiff will be seeking a continuance by way of an ex parte application if my clients do not agree to the requested continuance.

As promised, I discussed this issue with our clients, and they do not agree that another continuance is appropriate, much less warranted. In any event, plaintiff's proffered reasons do not justify a continuance. Relatedly, there are no exigent circumstances on this issue for which ex parte relief is appropriate. Accordingly, defendants will be opposing any ex parte application seeking a trial continuance.

Thanks, and please let me know if you would like to discuss this matter further.

**Alejandro S. Angulo**

18575 Jamboree Road, 9th Floor | Irvine, CA 92612
O. (714) 641-5100 | D. (714) 641-3401 | M. (949) 887-5584
aangulo@rutan.com | www.rutan.com



_____

Privileged And Confidential Communication.
This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.

---

**From:** Bill Buus <wbuus@buuslaw.com>
**Sent:** Wednesday, July 9, 2025 10:04 AM
**To:** Angulo, Alex <aangulo@rutan.com>
**Subject:** Wingsail v. Polsky

Hi Alex,

I would like to extend the case deadlines by sixty days.  Would that be okay with you?  Would you like to discuss?

Please let me know.

Thanks.

Bill

_____

William L. Buus
BUUS LAW GROUP APC

Three Pointe Drive, Suite 110
Brea, California 92821
Office:        (949)825-6140
Mobile:        (562)552-0851
Web:           www.buuslaw.com



This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying, use, or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, untimely, incomplete, or infected. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen (18) years and am not a party to the within action.  My business address is that of 3 Pointe Drive, Suite 110, Brea, California 92821.

I hereby certify that on July 14, 2025, I electronically filed the foregoing DECLARATION OF WILLIAM L. BUUS IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE TRIAL AND RELATED DATES AND DEADLINES with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

Alejandro S. Angulo, Esq.
*aangulo@rutan.com*
Joelle Leib, Esq.
*jleib@rutan.com*
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Tel.: 714-641-5100
Fax: 714-546-9035

Attorneys for Defendants ANDREW POLSKY and SEFED

Executed on July 14, 2025, at Brea, California.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ William L. Buus*

DECLARATION OF WILLIAM L. BUUS IN SUPPORT OF PLAINTIFFS' EX PARTE
APPLICATION TO CONTINUE TRIAL AND RELATED DATES AND DEADLINES