## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WINGSAIL HOLDINGS, LLC., | | CASE NUMBER: |
| | Plaintiff(s) | 8:23-cv-02398 JWH (DFMx) |
| v. | | |
| ANDREW POLSKY, et al., | | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge Douglas F. McCormick  
Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required  
                            ☐ In-Person Court Hearing  
                            ☐ Video Conference  
                            ☒ Telephonic

Magistrate Judge    Douglas F. McCormick

Date/Time    September 22, 2025, at 11:00 am

Courtroom:    Telephonic

Dated:    September 17, 2025            By:           Nancy Boehme  
                                                  Deputy Clerk