# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC,<br><br>                                    Plaintiff(s)<br>        v.<br><br>ANDREW POLSKY, ET AL.,<br><br>                                    Defendant(s) | CASE NUMBER:<br><br>8:23-CV-02398 JWH (DFMx)<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Douglas F. McCormick. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required      ☒ Hearing Required
                            ☐ In-Person Court Hearing
                            ☐ Video Conference
                            ☒ Telephonic

Magistrate Judge    Douglas F. McCormick

Date/Time    October 8, 2025, at 10:30 am

Courtroom:    Telephonic

Dated:    September 23, 2025                    By:    Nancy Boehme
                                                          Deputy Clerk