Alejandro S. Angulo (State Bar No. 217823)
aangulo@rutan.com
Joelle Leib (State Bar No. 340215)
jleib@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendants
ANDREW POLSKY, and SEFED

William L. Buus
BUUS LAW GROUP APC
3 Pointe Drive, Suite 110
Breach, CA 92821
Tel: 949-825-6140
Email: wbuus@buuslaw.com

Attorneys for Plaintiffs
WINGSAIL HOLDINGS, LLC
AND YUNFEI "KRISTY" BAI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. 8:23-CV-02398-JWH-DFM<br>Honorable John W. Holcomb<br><br>**JOINT STIPULATION REGARDING PLAINTIFF WINGSAIL HOLDINGS, LLC'S DEPOSITION**<br><br>Date Action Filed: August 23, 2024<br>Trial Date:　　　　March 16, 2025 |

/ / /

/ / /

/ / /

Plaintiffs Wingsail Holdings, LLC ("Wingsail") and Yunfei "Kristy" Bai (collectively, "Plaintiffs") on the one hand, and Defendants Andrew Polsky and SEFED (collectively, "Defendants") on the other hand, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On August 14, 2025, Defendants issued "Defendants' Notice of Deposition of Plaintiff Wingsail Holdings, LLC" (the "Notice") through which Wingsail's deposition was scheduled to proceed on September 16, 2025 in Irvine, California.

2. Wingsail did not appear for its deposition.

3. On September 10, 2025, the parties met and conferred regarding Wingsail's non-appearance. The parties did not resolve the discovery dispute and accordingly, an Information Discovery Conference ("IDC") was scheduled.

4. On September 19, 2025, the parties filed their respective letter briefs for the IDC.

5. On September 20, 2025, the IDC was conducted before Judge McCormick during which further briefing was ordered and the IDC was continued to October 9, 2025.

6. On October 1, 2025, the parties were able to resolve the discovery dispute pertaining to Wingsail's deposition as follows: Wingsail shall appear in person for its deposition pursuant to the Notice on November 3, 2025.

**SO STIPULATED.**

Dated: October 3, 2025                     RUTAN & TUCKER, LLP

By:    /s/ Alejandro S. Angulo
       Alejandro S. Angulo
       Attorneys for Defendants
       ANDREW POLSKY and SEFED

Dated: October 3, 2025                    BUUS LAW GROUP APC

                                          By: /s/ William L. Buus
                                          William L. Buus
                                          Attorneys for Plaintiffs
                                          WINGSAIL HOLDINGS, LLC
                                          AND YUNFEI "KRISTY" BAI

**L.R. 5-4.3.4(a)(2) CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2), the undersigned certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 2, 2025                    */s/ Alejandro S. Angulo*
                                          Alejandro S. Angulo