UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 8:23-CV-02398-JWH-DFM<br>Honorable John W. Holcomb<br><br>**ORDER REGARDING PLAINTIFF WINGSAIL HOLDINGS, LLC'S DEPOSITION**<br><br>Date Action Filed:  August 23, 2024<br>Trial Date:             None Set |

/ / /

/ / /

/ / /

1 THIS MATTER came before the Court on the parties' "Joint Stipulation Regarding Plaintiff Wingsail Holdings, LLC's Deposition." Having considered the Stipulation and finding good cause for granting the request set forth therein, IT IS HEREBY ORDERED as follows:

    1. Wingsail Holdings, LLC shall appear for its deposition on November 3, 2025 at 10 a.m.

    2. The deposition shall proceed in person at Rutan & Tucker, LLP's office located at 18575 Jamboree Road, 9th Floor, Irvine, CA 92612.

**IT IS SO ORDERED.**

Dated: October 8, 2025

_____
Honorable Douglas F. McCormick
United States Magistrate Judge