UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 23-2398-JWH (DFMx) | Date: | October 16, 2025 |
|---|---|---|---|
| Title | Wingsail Holdings, LLC v. Andrew Polsky et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge | |
|---|---|---|
| Nancy Boehme | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorney(s) for Plaintiff(s): | | Attorney(s) for Defendant(s): |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Informal Discovery Dispute (Dkt. 82)**

    Last week I conducted an informal discovery conference with the parties. The issue discussed at the conference was the adequacy of Plaintiffs' responses to Defendant's interrogatory nos. 2-5, 8, 10-13, 17, and 21. Plaintiffs' responses to each of these interrogatories is an identical 4-page narrative, either directly or incorporated by reference. The parties agreed that their dispute could be resolved without further briefing.

    Defendant argues that Plaintiffs' narrative is evasive. I have, following the conference, gone back and reviewed Plaintiffs' narrative carefully and also reviewed Defendants' interrogatories. I come to a different conclusion. Plaintiffs' narrative is sufficient under the Federal Rules. It adequately addresses Defendant's interrogatories. Accordingly, Defendant's request for an order compelling further responses is **denied.**