# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC<br><br>v.<br>Plaintiff(s)<br><br>ANDREW POLSKY, ET AL.,<br>Defendant(s) | CASE NUMBER:<br>8:23-CV-02398 JWH (DFMx)<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Douglas F. McCormick. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required   ☒ Hearing Required
　　　　　　　　　　　　　☐ In-Person Court Hearing
　　　　　　　　　　　　　☐ Video Conference
　　　　　　　　　　　　　☒ Telephonic

Magistrate Judge   Douglas F. McCormick

Date/Time   October 30, 2025, at 11:00 am

Courtroom:   Telephonic

Dated:   October 24, 2025　　　　　　　　　　By:　Nancy Boehme
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk