William L. Buus (SBN 180059)
wbuus@buuslaw.com
BUUS LAW GROUP APC
3 Pointe Drive, Suite 110
Brea, CA 92821
Telephone: (949) 825-6140
Facsimile: (949) 825-6141

Attorneys for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 8:23-CV-02398-JWH-DFM<br><br>JOINT REPORT RE ADR |

Pursuant to the Order/Referral to ADR entered on December 23, 2024 (ECF No. 61), the parties hereby submit this joint report regarding the progress of settlement discussions in the above-captioned case.

On December 15, 2025, all parties and their respective counsel participated in a remote mediation session (by Zoom) with William J. Caplan, Esq. of Judicate West.

**Plaintiffs' Statement:** The case did not settle at mediation and it did not appear to Plaintiffs that progress had been made or that a settlement would be reached. Nevertheless, Plaintiffs are willing to continue discussing settlement.

**Defendants' Statement:** The case did not settle at mediation, though

progress was made. Defendant Andrew Polsky believes that further settlement discussions may likely lead to resolution of some or all claims at issue. Thus, Mr. Polsky welcomes any order requiring the parties to further mediate the case in person through the Court's ADR process.

Respectfully submitted,

Dated: January 6, 2026         BUUS LAW GROUP APC

 /s/ William L. Buus

By: William L. Buus
Counsel for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

Dated: January 6, 2026         RUTAN & TUCKER, LLP

/s/ Alejandro S. Angulo

By: Alejandro S. Angulo
Counsel for Defendants
ANDREW POLSKY and SEFED

## L.R. 5-4.3.4(a)(2) CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), the undersigned certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ William L. Buus

William L. Buus

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is that of 3 Pointe Drive, Suite 110, Brea, California 92821.

I hereby certify that on January 6, 2026, I electronically filed the foregoing JOINT REPORT RE ADR with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

Alejandro S. Angulo, Esq.
aangulo@rutan.com
Joelle Leib, Esq.
jleib@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Tel.: 714-641-5100
Fax: 714-546-9035

Attorneys for Defendants ANDREW POLSKY and SEFED

Executed on January 6, 2026, at Brea, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ William L. Buus
