Alejandro S. Angulo (State Bar No. 217823)
aangulo@rutan.com
Kaitlynne N. McKee (State Bar No. 366564)
kmckee@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California  92612
Telephone:  714-641-5100
Facsimile:    714-546-9035

Attorneys for Defendants
ANDREW POLSKY, and SEFED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>           Plaintiffs,<br><br>     vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>           Defendants. | Case No. 8:23-CV-02398-JWH-DFM<br>Honorable John W. Holcomb<br><br>**DECLARATION OF ALEJANDRO S. ANGULO IN SUPPORT OF DEFENDANTS ANDREW POLSKY AND SEFED'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE EVIDENCE THAT CONTRADICTS RECITALS**<br><br>[*Filed concurrently with Motion in Limine No. 2 and [Proposed] Order*]<br><br>Date:    February 20, 2026<br>Time:    9:00 a.m.<br>Ctrm.:   9D<br><br>**DEMAND FOR JURY TRIAL**<br><br>Date Action Filed:  August 23, 2024<br>Trial Date:       March 16, 2026 |

/ / /

/ / /

/ / /

/ / /

DECLARATION OF ALEJANDRO S. ANGULO ISO DEFENDANTS ANDREW POLSKY AND SEFED'S MIL NO. 2

## DECLARATION OF ALEJANDRO S. ANGULO

I, Alejandro S. Angulo, declare as follows:

1.      I am an attorney at the law firm of Rutan & Tucker, LLP, counsel of record for Defendants Andrew Polsky, and SEFED (collectively, "Defendants") in this action.  I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.  I make this Declaration in support of Defendants Andrew Polsky, and SEFED's Motion *In Limine* No. 2 to Exclude Evidence That Contradicts Recitals.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      On January 16, 2026, the parties participated in the required meeting of counsel pursuant to Local Rule 16-2. During that meeting Plaintiffs' counsel advised that Plaintiffs would be seeking to introduce evidence that contradicts the recitals set forth in various agreements to which Wingsail is a party.

3.      Attached hereto as Exhibit A is a true and correct copy of Trial Exhibit 41.  Attached hereto as Exhibit B is a true and correct copy of Trial Exhibit No. 7.  Attached hereto as Exhibit C is a true and correct copy of Trial Exhibit No. 15.

4.      On January 22, 2026, the parties met and conferred regarding this MIL No. 2 and were unable to resolve the evidentiary dispute regarding the evidence that contradicts the recitals set forth in various agreement.

Executed on January 30, 2026, at Irvine, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Alejandro S. Angulo
Alejandro S. Angulo