EXHIBIT C

## AGREEMENT TO ACCEPT COLLATERAL
## IN FULL SATISFACTION OF OBLIGATIONS

THIS AGREEMENT TO ACCEPT COLLATERAL IN FULL SATISFACTION OF OBLIGATIONS (the "Agreement") is made and effective as of December 31, 2019, by and between Wingsail Holdings, LLC ("WINGSAIL") and SEFED, a California corporation ("SEFED").

### RECITALS

WHEREAS, WINGSAIL is indebted and obligated to SEFED pursuant to a Promissory Note in the principal amount of $100,000 dated August 16, 2019, and a related Loan and Pledge Agreement dated August 16, 2019, (collectively, the "Loan Documents"); and

WHEREAS, pursuant to the Loan Documents, WINGSAIL is the holder of a security interest in and a lien on all of the Membership Interest held by WINGSAIL in Alter Management, LLC (the "Collateral"); and

WHEREAS, the WINGSAIL is in default of its obligations to SEFED under the Loan Documents; and

WHEREAS, WINGSAIL and SEFED have agreed that SEFED shall accept the Collateral in full satisfaction of WINGSAIL's indebtedness and obligations under the Loan Documents;

NOW, THEREFORE, in consideration of the above recitals and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree as follows:

1.     WINGSAIL hereby assigns and transfers to SEFED all of WINGSAIL's right, title, and interest in and to the Collateral, including all rights to voting, profits, losses, capital contributions, and distributions of all kinds ; and SEFED hereby accepts from WINGSAIL the Collateral and agrees to be substituted as a member in Alter Management, LLC in the place and stead of WINGSAIL with respect to the Collateral.  WINGSAIL and SEFED agree that SEFED has accepted this transfer and assignment of the Collateral in full satisfaction of WINGSAIL's indebtedness and obligations to SEFED under the Loan Documents.

2.     This Agreement and the other documents referred to herein contain the entire agreement between the WINGSAIL and SEFED with respect to the subject matter hereof, and no representation, undertaking, promise or condition concerning the subject matter hereof shall be binding upon WINGSAIL or SEFED unless clearly expressed

AP004263

in this Agreement. No statement or writing subsequent to the date hereof which purports to modify or add to the terms or conditions hereof shall be binding unless contained in a writing which makes specific reference to this Agreement and which is signed by the parties hereto to be charged with the terms thereof.

3.       The provisions of this Agreement shall inure to the benefit of and be binding upon WINGSAIL and SEFED and their respective legal representatives, successors and assigns.

4.       If any term or provision of this Agreement or the application thereof to any party or circumstance shall be held to be invalid, illegal or unenforceable in any respect by a court of competent jurisdiction, the validity, legality and enforceability of the remaining terms and provisions of this Agreement shall not in any way be affected or impaired thereby, and the affected term or provision shall be modified to the minimum extent permitted by law so as to achieve most fully the intention of this Agreement.

5.       This Agreement is governed by and is to be construed and enforced as though made and to be fully performed in the State of California, without regard to the conflicts of law rules of the State of California. In any action or proceeding brought to enforce or interpret the provisions of this Agreement, venue shall be proper in the state and federal courts located in Orange County, California; and the prevailing party shall be entitled to reasonable costs and attorney's fees in addition to any other relief granted.

6.       This Agreement may be signed in any number of counterparts with the same effect as if the signatures thereto and hereto were upon the same instrument. Facsimile copies of signatures shall be binding as original signatures.

IN WITNESS WHEREOF, WINGSAIL and SEFED have caused this Agreement to be executed in their respective names and by their duly authorized officers, as of the day and year first written above.

**WINGSAIL HOLDINGS, LLC**

*Fu Shen Chang*

By_____
       Fu-Shen Chang, Authorized Signatory

**SEFED**

*Andrew Polsky*

By_____
       Andrew Polsky, CEO

AP004264

Document Ref: PVJFU-WUPSM-4WDFV-O8PQJ

AP004265

## ASSIGNMENT OF MEMBERSHIP INTERESTS

Effective as of January 1, 2020, for good and valuable consideration, the receipt of which is hereby acknowledged, Syzygy Management Group, LLC and Pan Pacific Strategies, LLC (collectively, "Assignors"),  members of Alter Management, LLC, a California limited liability company (the "Company"), hereby assign and transfer to SEFED, a California corporation ("Assignee"), all of Assignors' right, title, and interest in and to Assignors' membership interests in the Company (the "Interests"), including all rights to profits, losses, capital contributions, and distributions of all kinds ; and Assignee hereby accepts from Assignors the Interests and agrees to be substituted as a member in the Company in the place and stead of Assignors with respect to the Interests.

Assignee agrees to be bound by the terms of the Company's Operating Agreement and assumes and agrees to pay and discharge when and as due all of the liabilities, obligations, and responsibilities of Assignors arising from the Assignors' ownership of the Interests from and after the date hereof. Assignors and Assignee mutually agree to reasonably cooperate at all times from and after the date hereof with respect to any of the matters described herein, and to execute such further documents as may be necessary to give effect to this Assignment.

This Assignment shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, personal representatives, successors and assigns. No amendment, modification, waiver or termination of this Assignment or any provisions hereof shall be binding unless executed in writing by the person to be bound thereby.

This Assignment can be executed in any number of counterparts, and such counterparts together shall constitute one original. This Assignment will be governed by the laws of the State of California, without giving effect to principles of conflict of laws of that State.

IN WITNESS WHEREOF, Assignors and Assignee have each duly authorized and executed this Assignment effective as of the date first written above.

ASSIGNORS:                                          ASSIGNEE:

SYZYGY MANAGEMENT GROUP, LLC          SEFED

*Michael Castanon*                                 *Andrew Polsky*

By_____          By_____
    Michael Castanon, Authorized Signer               Andrew Polsky, CEO

PAN PACIFIC STRATEGIES, LLC

*Peter Van Petten*

By_____
    Peter Van Petten, Manager

Document Ref: PVJFU-WUPSM-4WDFV-O8PQJ

AP004266

Document Ref: PVJFU-WUPSM-4WDFV-O8PQJ

AP004267

# Signature Certificate

Document Ref.: PVJFU-WUPSM-4WDFV-O8PQJ

Document signed by:



**Andrew Polsky**

Verified E-mail:
andrew.polsky@gmail.com

IP: 72.194.117.3 | Date: 06 Apr 2020 20:48:55 UTC

*Andrew Polsky*

**Peter Van Petten**

Verified E-mail:
peter@meehanltd.com

IP: 104.172.151.76 | Date: 06 Apr 2020 20:53:33 UTC

*Peter Van Petten*

**Fu Shen Chang**

Verified E-mail:
max@ascfund.com

IP: 47.20.118.212 | Date: 06 Apr 2020 21:06:07 UTC

*Fu Shen Chang*

**Michael Castanon**

Verified E-mail:
mcastanon@alterrecovery.com

IP: 98.186.237.12 | Date: 06 Apr 2020 21:40:23 UTC

*Michael Castanon*

Document completed by all parties on:
06 Apr 2020 21:40:23 UTC

Page 1 of 1

Signed with PandaDoc.com

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

AP004268