UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 8:23-CV-02398-JWH-DFM<br>Honorable John W. Holcomb<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ANDREW POLSKY AND SEFED'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE THAT CONTRADICTS RECITALS**<br><br>[*Filed concurrently with Motion in Limine and Declaration of Alejandro S. Angulo*]<br><br>Date:     February 20, 2026<br>Time:     9:00 a.m.<br>Ctrm.:    9D<br><br>**DEMAND FOR JURY TRIAL**<br><br>Date Action Filed:  August 23, 2024<br>Trial Date:           March 16, 2026 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Court, having considered Defendants Andrew Polski and SEFED's (collectively, "Defendants") Motion in *Limine* No. 2 to Exclude Evidence That Contradicts Recitals, rules as follows:

Motion *in Limine* No. 2 is granted in its entirety. All evidence that contradicts recitals contained in Trial Exhibits 41, 7, and 15 is excluded.

**IT IS SO ORDERED**.

Dated: _____          _____

The Honorable John W. Holcomb
United States District Judge