UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 8:23-CV-02398-JWH-DFM<br>Honorable John W. Holcomb<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ANDREW POLSKY AND SEFED'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE SETTLEMENT DISCUSSIONS**<br><br>[*Filed concurrently with Motion in Limine and Declaration of Alejandro S. Angulo*]<br><br>Date:    February 20, 2026<br>Time:    9:00 a.m.<br>Ctrm.:    9D<br><br>**DEMAND FOR JURY TRIAL**<br><br>Date Action Filed:  August 23, 2024<br>Trial Date:      March 16, 2026 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
*attorneys at law*

3127/037539-0004
23331973.1 a01/30/26

-1-

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION *IN LIMINE* NO. 3

The Court, having considered Defendants Andrew Polsky and SEFED's (collectively, "Defendants") Motion *in Limine* No. 3 to Exclude Settlement Discussions, rules as follows:

Motion *in Limine* No. 3 is granted in its entirety. Trial Exhibit Nos. 18, 25, & 26 are excluded.

**IT IS SO ORDERED**.

Dated: _____

_____
The Honorable John W. Holcomb
United States District Judge

**Rutan & Tucker, LLP**
*attorneys at law*

3127/037539-0004
23331973.1 a01/30/26

-2-

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION *IN LIMINE* NO. 3