

1  Alejandro S. Angulo (State Bar No. 217823)
   aangulo@rutan.com
2  Kaitlynne N. McKee (State Bar No. 366564)
   kmckee@rutan.com
3  RUTAN & TUCKER, LLP
   18575 Jamboree Road, 9th Floor
4  Irvine, California 92612
   Telephone:  714-641-5100
5  Facsimile:   714-546-9035

6  Attorneys for Defendants
   ANDREW POLSKY, and SEFED
7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11  WINGSAIL HOLDINGS, LLC, a          Case No. 8:23-CV-02398-JWH-DFM
    Washington Corporation, and YUNFEI   Honorable John W. Holcomb
12  "KRISTY" BAI, an individual,
                                        **DEFENDANTS ANDREW POLSKY**
13              Plaintiffs,             **AND SEFED'S MOTION *IN LIMINE***
                                        **NO. 5 TO EXCLUDE HEARSAY**
14        vs.                          **DOCUMENTS**

15  ANDREW POLSKY, an individual, and   [*Filed concurrently with Declaration of*
    SEFED, a California Corporation, and *Alejandro S. Angulo and  [Proposed]*
16  DOES 1 through 10,                  *Order*]

17              Defendants.            Date:     February 20, 2026
                                        Time:     9:00 a.m.
18                                      Ctrm.:    9D

19                                     **DEMAND FOR JURY TRIAL**

20                                      Date Action Filed:  August 23, 2024
                                        Trial Date:         March 16, 2026
21

22

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1 **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

2      **NOTICE IS HEREBY GIVEN** that, on February 20, 2026, at 9:00 a.m., or

3 as soon thereafter as the matter may be heard in Courtroom 9D of the above-

4 referenced court, located at 411 W. Fourth Street, Santa Ana, California, Defendants

5 Andrew Polsky and SEFED (collectively, "Defendants") will, and hereby do, move

6 the Court *in limine* for an order excluding Trial Exhibit Nos. 22, 27, 28, and 29.

7      Defendants bring this Motion pursuant to Federal Rules of Evidence 801 and

8 802 on the grounds that Trial Exhibit Nos. 22, 27, 28, and 29 constitute inadmissible

9 hearsay.

10      This Motion is based upon this Notice of Motion and Motion, the

11 accompanying Memorandum of Points and Authorities and Declaration of

12 Alejandro S. Angulo, any relevant paper previously filed in this matter of which the

13 Court may take judicial notice, any oral argument offered at the time of the hearing,

14 and such other and further evidence that may properly be offered.

15      Pursuant to Local Rule 7-3, on January 22, 2026, counsel for Plaintiffs and

16 Defendants met and conferred regarding the substance of this Motion but were

17 unable to reach a resolution that would eliminate the necessity for a hearing.

18 Angulo Decl., ¶ 3.

19

20 Dated:  January 30, 2026            RUTAN & TUCKER, LLP

21

22                      By:   */s/ Alejandro S. Angulo*

                           Alejandro S. Angulo

23                          Attorneys for Defendants
                         ANDREW POLSKY, and SEFED

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

3127/037539-0004
23332096.1 a01/30/26

-2-

DEFENDANTS ANDREW POLSKY AND
SEFED'S MOTION *IN LIMINE* NO. 5

1 ## MEMORANDUM OF POINTS AND AUTHORITIES

2 ## I.    INTRODUCTION

3    By way of this Motion In Limine No. 5 ("MIL No. 5") Defendants Andrew Polsky

4 and SEFED seek an order excluding from evidence Plaintiffs' proposed Trial Exhibit

5 Nos. 22, 27, 28, and 29 on the grounds that these exhibits are plainly hearsay since

6 they contain statements not made in any legal proceeding and are being offered for

7 the truth of the matters stated therein. Thus, MIL No. 5 should be granted for the

8 reasons explained below.

9 ## II.    RELEVANT FACTUAL BACKGROUND.

10    On January 16, 2026, the parties participated in the required meeting of counsel

11 pursuant to Local Rule 16-2. (Angulo Decl., ¶ 2.) The parties exchanged their

12 proposed exhibits prior to that conference. (*Ibid.*) During the conference, Plaintiffs

13 advised that they would be seeking to introduce into evidence Trial Exhibit Nos. 22,

14 27, 28, and 29. (*Id.*, ¶, Ex. A, B, C, & D.) Defendants advised that these exhibits are

15 hearsay and thus, that Defendants would seek to exclude them. (*Id.*, ¶ 2.)

16    On January 22, 2026, the parties met and conferred regarding this MIL No. 5. The

17 parties were unable to resolve their disputes. (*Id.*, ¶ 3.)

18    Trial Exhibit No. 22 is an email dated January 17, 2019 from Adam Minow,

19 Wingsail's former accountant, and the recipients are Mr. Polsky, Allan Bayer,

20 Wendell Sherman, Ashish Rana, and Gagan Saini. (*Id.*, ¶ 2, Ex. A [Trial Ex. No. 22].)

21 The subject line is "Wingsail Business Process Outsource and Bookkeeping

22 Outsource Kick-Off Meeting". (*Ibid.*) The subject matter of the email pertains to a

23 meeting to discuss potentially outsourcing Wingsail's bookkeeping needs. (*Ibid.*) In

24 the email, Mr. Minow advises that the bookkeeping team is running ahead of schedule

25 and is prepared to hold the meeting at 9:30. (*Ibid.*)

26    Trial Exhibit No. 27 is an email dated August 23, 2021 from Mr. Minow to Mr.

27 Polsky.  (*Id.*, ¶ 2, Ex. B [Trial Ex. No. 27].) In the email, Mr. Minow proposed

28 modifications to Alter's operating agreement given (a) Wingsail's transfer of its

Rutan & Tucker, LLP
*attorneys at law*

3127/037539-0004
23332096.1 a01/30/26

-3-

DEFENDANTS ANDREW POLSKY AND
SEFED'S MOTION *IN LIMINE* NO. 5

1  interest in Alter to SEFED to satisfy a loan in lieu of repaying it; and (b) MCAP's

2  settlement offer to Wingsail. (*Ibid.*)

3      Trial Exhibit No. 28 is a September 20, 2021 email exchange between Mr. Minow

4  and Mr. Polsky regarding how a note from MCAP to Wingsail should be classified

5  on Wingsail's tax return. (*Id.* ¶ 2 Ex. C [Trial Ex. No. 28].)

6      Trial Exhibit No. 29 is a May 17, 2023 email from Deja Bryant to Mr. Polsky, with

7  a copy to Anthony Palazzo.  (*Id.*, ¶ 2 Ex. D [Trial Ex. No. 29].)  Mr. Bryant is a

8  VCORP Services, LLC customer service representative.  (*Ibid.*)  In email, Mr. Bryant

9  advises Mr. Polsky that VCORP is undergoing an agent change in California and asks

10  information about Wingsail regarding VCORP's agent change. (*Ibid.*)

11  **III.   TRIAL EXHIBIT NOS. 22, 27, 28, AND 29 ARE INADMISSIBLE**

12  **HEARSAY AND SHOULD BE EXCLUDED.**

13      Federal Rule of Evidence 801 defines hearsay as "a statement that (1) the

14  declarant does not make while testifying at the current trial or hearing; and (2) a

15  party offers in evidence to prove the truth of the matter asserted in the statement."

16  (Fed. R. Evid. 801.)  Hearsay is not admissible unless a federal statute, the federal

17  evidence code, or other rules prescribed by the Supreme Court provide otherwise.

18  (Fed. R. Evid. 802.)

19      Here, Exhibits 22, 27, 28, and 29 contain statements made while the declarant

20  was not testifying at current trial or any hearing, which Plaintiffs seek to admit into

21  evidence for the truth of the matter. The exhibits are emails from third parties. There

22  is no federal statue, federal evidence code provision, or Supreme Court ruling that

23  applies to these documents that would otherwise render them admissible at trial.

24  Thus, Trial Ex. Nos. 22, 27, 28, and 29 should be excluded from trial.

25  **IV.   CONCLUSION**

26      For the reasons stated above, this motion should be granted and Exhibit Nos.

27  22, 27, 28, and 29 should be excluded.

28

Rutan & Tucker, LLP
*attorneys at law*

1

2  Dated: January 30, 2026                    RUTAN & TUCKER, LLP

3

4                                             By: _____/s/ Alejandro S. Angulo
                                                  Alejandro S. Angulo
                                                  Attorneys for Defendants
5                                                 ANDREW POLSKY, and SEFED

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law

3127/037539-0004
23332096.1 a01/30/26                              -5-

DEFENDANTS ANDREW POLSKY AND
SEFED'S MOTION *IN LIMINE* NO. 5