# EXHIBIT A

**From:** "Adam Minow, CPA" <adam@minowcpa.com>
**To:** "andrew.polsky@gmail.com" <andrew.polsky@gmail.com>, Allan Bayer <Allan@minowcpa.com>, Wendell Sherman <wendell@minowcpa.com>, Ashish Rana <ashish.rana@outsource2india.com>, 'Gagan Saini' <gagan.s@outsource2india.com>
**Subject:** Wingsail Business Process Outsource and Bookkeeping Outsource Kick-off Meeting
**Date:** Thu, 17 Jan 2019 04:49:22 +0000
**Importance:** Normal

---

Andrew, we are running a little ahead of schedule.  9:30PM is fine to have the kick-off meeting.  But, if you are available now or shortly, it would be convenient for us to start earlier because our team has been assembled.  Please feel free to send me a text to also communicate before and during the meeting if it is efficient to simply communicate with me.

The GoToMeeting information follows.  Please click on the link below to launch the GoToMeeting.  I also recommend to dial-in to the phone number for better voice connectivity.

Best, Adam

**Wingsail Kick-off with Bookkeepers**
Wed, Jan 16, 2019 9:00 PM - 10:00 PM PST

**Please join my meeting from your computer, tablet or smartphone.**
https://global.gotomeeting.com/join/199641869

**You can also dial in using your phone.**
United States: +1 (571) 317-3112

**Access Code: 199-641-869**

First GoToMeeting? Let's do a quick system check:
https://link.gotomeeting.com/system-check

---

## Official GoToMeeting Help and Support

link.gotomeeting.com

GoToMeeting support is here to help. Download, install and test GoToMeeting software, read popular topics, user guides, and find resources that will help you host a successful online meeting.

---

**Adam Minow, CPA**
President

HIGHLY CONFIDENTIAL                                                                                          AP007501

MinowCPA Corporation
1451 Quail Street, Suite 210
Newport Beach, CA 92660
Office: 949.333.1625
Mobile: 714.900.9853
Fax: 714.242.1398
[www.minowcpa.com](www.minowcpa.com)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by MinowCPA Corporation and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

HIGHLY CONFIDENTIAL                                                                                                      AP007502