# EXHIBIT B

Sunday, October 19, 2025 at 8:08:02 PM Pacific Daylight Time

**Subject:** Wingsail Equity in Alter
**Date:** Monday, August 23, 2021 at 10:13:59 PM Pacific Daylight Time
**From:** Adam Minow, CPA
**To:** Andrew Polsky

Dear Andrew:

As a follow up to the discussion in our meeting today, I recommend that you have the Operating Agreement of Alter Management modified to include language concerning Wingsail's contingent / residual equity interest in Alter Management.

We spoke of the $931,820 that Yun Fei Bai had invested in Wingsail but she had pledged her interest as security for a note that was defaulted on.

While I do not know the specific terms of your agreement or verbal or written communication to Ms. Bai, I understand Max and you have offered and even unilaterally agreed that once there was a return of capital or a certain return on investment (perhaps of even Sefed's interest in Alter) that profit would be allocated and disbursed to Wingsail so that Ms. Bai did not completely lose out on her investment.

Please get some agreement or modification of the Operating Agreement so that you can record her investment in the equity of Alter and as an asset on Wingsail's books.

Do not hesitate to reach out to me if you have any questions or wish to discuss.

Very truly yours,

Adam

**Adam Minow, CPA**
President
MinowCPA Corporation
3857 Birch St. #902
Newport Beach, CA 92660
Office: 949.333.1625

Mobile: 714.900.9853

Fax: 714.242.1398

www.minowcpa.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.

_____

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by MinowCPA Corporation and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*