# EXHIBIT C

Sunday, October 19, 2025 at 8:07:14 PM Pacific Daylight Time

| | |
|---|---|
| **Subject:** | Re: Wingsail Holdings 2020 Financial Statements for Tax Return Prep |
| **Date:** | Monday, September 20, 2021 at 7:23:42 PM Pacific Daylight Time |
| **From:** | Adam Minow, CPA |
| **To:** | MCAP Andrew |
| **Attachments:** | image.png |

I would call it "Contingent receivable" and leave the word "note" out because the note seems to be gone. If you want to leave "receivable" out of it too, you can call it a "Contingent asset".

***Please excuse typos. This message was sent by voice recognition from my mobile device to provide you with a prompt response.

Adam Minow, CPA
President
MinowCPA Corporation
3857 Birch St. #902
Newport Beach, CA 92660
Office: 949.333.1625
Mobile: 714.900.9853
Fax: 714.242.1398
www.minowcpa.com

*********************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.
_____

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by MinowCPA Corporation and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*********************************************************************************************************

**From:** MCAP Andrew <andrew@mcapholdings.com>
**Sent:** Monday, September 20, 2021 8:47:52 AM
**To:** Adam Minow, CPA <adam@minowcpa.com>
**Subject:** Re: Wingsail Holdings 2020 Financial Statements for Tax Return Prep

It is a receivable, correct? Should it be called "contingent note" more simply, or something else?


On September 20, 2021 at 8:46:38 AM, Adam Minow, CPA (adam@minowcpa.com) wrote:

> Dear Andrew:

I reviewed the Wingsail financial statements in anticipation of finalizing the YunFei Bai 1040-NR and Wingsail CA 568 tax returns.

Did you intend to reclassify the MCAP note as a "contingent" note receivable?



I would just like to make sure that I classify this amount correctly.

Also, did you provided the 2020 financials to Ms. Bai?  She previously requested these from me and they should come from you.

Please update me when you can and let me know if you have any questions.

Very truly yours,

Adam


**Adam Minow, CPA**
President
MinowCPA Corporation
3857 Birch St. #902
Newport Beach, CA 92660
Office: 949.333.1625
Mobile: 714.900.9853
Fax: 714.242.1398
www.minowcpa.com

*************************************************************************************************
IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.
_____

This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by MinowCPA Corporation and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.
*************************************************************************************************