# EXHIBIT D

**From:** "Bryant, Deja" <Deja.Bryant@wolterskluwer.com>
**To:** "andrew@mcapholdings.com" <andrew@mcapholdings.com>
**Cc:** "Palazzo, Anthony" <apalazzo@vcorpservices.com>
**Subject:** CA Change Project - Wingsail Holdings, LLC
**Date:** Wed, 17 May 2023 02:15:47 +0000
**Importance:** Normal

---

Dear Client,

Vcorp Services CA, Inc. is undergoing an agent change in the state of CA to our new name of Vcorp Agent Services, Inc. In an effort in doing so we are in need of the following response from you as it relates to your entity. Kindly see below and <u>**reply to this email by June 16, 2023.**</u>

1. **Manager-managed California or manager-managed Out-of-State LLC:** does any manager have an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code?
2. **Member-managed California LLC:** does any managing member have an outstanding final judgment issued by the Division of Labor Standards Enforcement or court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code?
   NOTE: Pursuant to California Corporations Code section 17701.10(d), if a written operating agreement limits the members who are agents of the limited liability company for the purpose of its business and affairs to a specified member or specified members, answer this question with respect to the specified member or members only.
3. **Out-of-State LLC that is not managed by a manager or managers:** does any member have an outstanding final judgment issued by the Division of Labor Standards Enforcement or court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code?
   NOTE: Answer this question as to the specified member or members that are agents of the out-of-state limited liability company for purposes of its business and affairs only.

Thank you in advance for your prompt attention to this matter and please let us know if you have any questions. Any questions relating to the Labor Judgment question should be directed to your accountant or attorney for guidance.

**Deja Bryant,** Customer Service Representative
**Vcorp Services, LLC**
Your *Trusted* Corporate Compliance Partner
P:  888.528.2677
F:  845.818.3588
[www.vcorpservices.com](www.vcorpservices.com)

*Disclaimer: Vcorp Services, LLC, does not provide legal, tax or accounting advice. If you are seeking such guidance, please consult a trained professional. If you are not the intended recipient of this message, please note that its contents are confidential. Please notify the sender and delete the message and any attachments from your system.*