William L. Buus (SBN 180059)
wbuus@buuslaw.com
BUUS LAW GROUP APC
3 Pointe Drive, Suite 110
Brea, CA 92821
Telephone:  (949) 825-6140
Facsimile:   (949) 825-6141

Attorneys for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>          Plaintiffs,<br><br>    vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>          Defendants. | Case No.: 8:23-CV-02398-JWH-DFM<br><br>STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES |

Plaintiffs WINGSAIL HOLDINGS, LLC and YUNFEI "KRISTY" BAI on the one hand, and Defendants ANDREW POLSKY and SEFED on the other hand, by and through their respective counsel of record, hereby stipulate and agree to the following:

WHEREAS, on February 3, 2026, the Court entered a Scheduling Notice and Order (ECF Docket Number 102), continuing the date of trial in the above-captioned matter from March 16, 2026, to April 13, 2026;

WHEREAS, trial counsel for Plaintiffs currently represents a party to an unrelated arbitration proceeding the four-day hearing of which is scheduled to commence on April 13, 2026, and that party has already deposited fees for that

hearing;

WHEREAS, trial counsel for Defendants is scheduled to be in trial from March 30, 2026, through on April 20, 2026, in a matter entitled *Hodge v. Harrah* OCSC Case No. Case No. 30-2021-01227550-CU-FR-CJC; and,

WHEREAS the parties have met and conferred and have discussed dates on which they are available to commence trial in this action and are hereby requesting the Court to continue trial to either June 29, 2026, July 6, 2026, or July 20, 2026;[1]

IT IS AGREED by and between the parties, subject to Court approval, that the trial date be continued to either June 29, 2026, July 6, 2026, or July 20, 2026, and further, that certain dates tied to trial date be continued as follows:

- If trial is continued to June 29, 2026, then the Final Pretrial Conference should be continued to June 15, 2026, at 1:00 p.m. and the Hearing on the Motions in Limine should be continued to June 8, 2026, at 9:00 a.m.
- If trial is continued to July 6, 2026, then the Final Pretrial Conference should be continued to June 22, 2026, at 1:00 p.m. and the Hearing on the Motions in Limine should be continued to June 15, 2026, at 9:00 a.m.; and,
- If trial is continued to July 20, 2026, then the Final Pretrial Conference should be continued to July 6, 2026, at 1:00 p.m. and the Hearing on the Motions in Limine should be continued to June 29, 2026, at 9:00 a.m..

---

[1] If these proposed dates are not convenient for the Court, then the parties request that the Court issue an order vacating the current trial date and further, order the parties to meet and confer to propose additional dates on which they are available for trial.

IT IS SO STIPULATED.

Dated: February 17, 2026          BUUS LAW GROUP APC

                                               */s/ William L. Buus*

By: William L. Buus
Counsel for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

Dated: February 17, 2026          RUTAN & TUCKER, LLP

                                               */s/ Alejandro S. Angulo*

By: Alejandro S. Angulo
Counsel for Defendants
ANDREW POLSKY and SEFED

## L.R. 5-4.3.4(a)(2) CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), the undersigned certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                               */s/ William L. Buus*

William L. Buus

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen (18) years and am not a party to the within action.  My business address is that of 3 Pointe Drive, Suite 110, Brea, California 92821.

I hereby certify that on February 17, 2026, I electronically filed the foregoing STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

> Alejandro S. Angulo, Esq.
> aangulo@rutan.com
> RUTAN & TUCKER, LLP
> 18575 Jamboree Road, 9th Floor
> Irvine, California 92612
> Tel.: 714-641-5100
> Fax: 714-546-9035

Attorneys for Defendants ANDREW POLSKY and SEFED

Executed on February 17, 2026, at Brea, California.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ William L. Buus*