William L. Buus (SBN 180059)
*wbuus@buuslaw.com*
BUUS LAW GROUP APC
3 Pointe Drive, Suite 110
Brea, CA 92821
Telephone:  (949) 825-6140
Facsimile:   (949) 825-6141

Attorneys for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 8:23-CV-02398-JWH-DFM<br><br>PLAINTIFFS' WITNESS LIST<br><br>Trial Date:   June 29, 2026<br>Time:           9:00 a.m.<br>Courtroom:  9D |

Pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, Rule 16-2.4 of the Local Rules of the Central District of California, and the Court's Scheduling Order as amended, Plaintiffs WINGSAIL HOLDINGS, LLC and YUNFEI "KRISTY" BAI (hereinafter, collectively, "Plaintiffs") hereby submit this Witness List.

| Name | Time Est. |
|---|---|
| Yunfei "Kristy" Bai | Direct: 8 hrs |
| Andrew Polsky | Direct: 8 hrs |
| Fu-Shen "Maxwell" Chang | Direct: 7 hrs |
| Adam Minow | Direct: 2 hrs |

1

PLAINTIFFS' WITNESS LIST

| Michael Castanon* | |
| Gayle Polsky* | |
| Max Soi* | |
| Peter Van Petten* | |

Dated:        May 21, 2026            BUUS LAW GROUP APC


 */s/ William L. Buus*

By: William L. Buus
Counsel for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

2

PLAINTIFFS' WITNESS LIST

## PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of eighteen (18) years and am not a party to the within action.  My business address is that of 3 Pointe Drive, Suite 110, Brea, California 92821.

I hereby certify that on May 21, 2026, I electronically filed the foregoing PLAINTIFFS' WITNESS LIST with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

Alejandro S. Angulo, Esq.
*aangulo@rutan.com*
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Tel.: 714-641-5100
Fax: 714-546-9035

Attorneys for Defendants ANDREW POLSKY and SEFED

Executed on May 21, 2026, at Brea, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ William L. Buus*

3

PLAINTIFFS' WITNESS LIST