William L. Buus (SBN 180059)
*wbuus@buuslaw.com*
BUUS LAW GROUP APC
3 Pointe Drive, Suite 110
Brea, CA 92821
Telephone:   (949) 825-6140
Facsimile:   (949) 825-6141

Attorneys for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 8:23-CV-02398-JWH-DFM<br><br>JOINT TRIAL EXHIBIT LIST<br><br>Trial Date:   June 29, 2026<br>Time:          9:00 a.m.<br>Courtroom:  9D |

Pursuant to Rule 16-6.1 of the Local Rules of the Central District of California and the Court's Scheduling Order as amended, Plaintiffs WINGSAIL HOLDINGS, LLC and YUNFEI "KRISTY" BAI and Defendants ANDREW POLSKY and SEFED jointly hereby submit this Trial Exhibit List.

| Exhibit No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | 7/31/2018 Management and Investments Agreement | | |
| 2 | 7/31/2028 Membership Interest Option Agreement | | |

1

JOINT TRIAL EXHIBIT LIST

| 3 | 7/22/2019 Alter Operating Agreement | | |
|---|---|---|---|
| 4 | 7/25/2019 Email Chang to Polsky | | |
| 5 | 8/8/2019 Email Chang to Castanon | | |
| 6 | 8/16/2019 Promissory Note | | |
| 7 | 8/16/2019 Loan and Pledge Agreement | | |
| 8 | 7/26/2019 Texts Chang and Polsky | | |
| 9 | 5/25/2018 to 11/15/2023 Texts Polsky and Bai (AP004077 to 4092) | | |
| 10 | 5/30/2019 to 9/5/2019 Texts Chang and Polsky | | |
| 11 | Texts Polsky and Unknown | | |
| 12 | 9/5/2019 to 11/1/2019 Texts Chang and Polsky (AP3708 to 3714) | | |
| 13 | 10/25/2019 Texts Polsky and Group | | |
| 14 | 10/24/2019 Wire Receipt | | |
| 15 | 4/6/2020 Agreement to Accept Collateral etc. | | |
| 16 | 8/23/2021 Email Meehan to Polsky | | |
| 17 | 9/26/2021 Email Chang to Bai | | |
| 18 | 2/8/2021 to 11/15/2023 Texts Polsky and Bai (AP004083 to 4092) | | |
| 19 | 11/7/2023 Email Polsky to Bai | | |
| 20 | 8/8/2018 Wingsail Operating Agreement | | |
| 21 | 10/15/2018 Texts Max and Andrew | | |
| 22 | 1/17/2019 Email Minow to Polsky | | |
| 23 | 8/18/2019 California Statement of Information for Wingsail | | |
| 24 | 12/7/2020 Email Minow to Polsky | | |
| 25 | 3/27/2021 Email Polsky to Chang | | |

2

JOINT TRIAL EXHIBIT LIST

| 26 | 7/1/2021 Email Polsky to Chang | | |
|----|--------------------------------|---|---|
| 27 | 8/23/2021 Email Minow to Polsky | | |
| 28 | 9/20/2021 Email Minow and Polsky | | |
| 29 | 5/17/2023 Email Vcorp to Polsky | | |
| 30 | 10/9/2023 to 10/19/2023 Emails Chang and Polsky (AP000456) | | |
| 31 | 10/19/2023 to 10/20/2023 Emails Amy Wang, Chang and Polsky (AP000559-AP000560) | | |
| 32 | 11/7/2023 Email Polsky to Bai with Chang's counter/cross-complaint filed in case no. 8:23-cv-00225-CJC-ADS attached (AP000951-AP000977) | | |
| 33 | 12/18/2023 Complaint filed by Wingsail against Polsky in this action | | |
| 34 | 3/8/2024 Second amended counter/cross-complaint filed by Chang in case no. 8:23-cv-00225-CJC-ADS | | |
| 35 | 8/14/2025 Defendants' notice of deposition of Wingsail | | |
| 36 | 8/26/2013 Memorandum of Terms for the Formation and Private Placement of Membership Interests of MCAP Holdings, LLC | | |
| 37 | 6/1/2014 LLC Agreement MCAP Holdings, LLC | | |
| 38 | 7/27/2018 Alter Management LLC Operating Agreement | | |
| 39 | 4/5/19 to 4/15/2019 Texts Chang and Polsky (WINGS0000803-WINGS0000804) | | |

3

JOINT TRIAL EXHIBIT LIST

| 40 | 4/10/2019 Loan and Security Agreement between Jordan Mallin and Wingsail | | |
|---|---|---|---|
| 41 | 4/11/2019 Summary of Deposit from Jordan Mallin to Wingsail | | |
| 42 | 8/15/2019 Texts Chang and Polsky (WINGS0000845-WINGS0000846) | | |
| 43 | 9/18/2019 to 9/20/2019 Texts Chang and Polsky (WINGS0000866) | | |
| 44 | 9/26/2021 to 2/8/2021 WeChat Polsky and Bai (AP007439-AP007400) | | |
| 45 | 2/8/2021 to 11/15/2023 Texts Polsky and Bai (AP007420-AP7472) | | |
| 46 | 10/7/2019 Group Chat Messages Polsky, Chang and Bai | | |
| 47 | 10/7/2019 to 10/10/2019 Group Chat Messages Polsky, Chang and Bai (WINGS0000549-WINGS0000550) | | |
| 48 | 10/7/2019 to 10/15/2019 Group Chat Messages Polsky, Chang and Bai | | |
| 49 | 10/17/2019 to 10/18/2019 Group Chat Messages Polsky, Chang and Bai (WINGS0000553) | | |
| 50 | 10/23/2019 to 10/24/2019 Group Chat Messages Polsky, Chang and Bai | | |
| 51 | 10/28/2019 Online Wingsail Bank Statement Screenshot | | |
| 52 | Wingsail Financials – Summary of Transactions 8/1/2018 to 10/25/2019 | | |

4

JOINT TRIAL EXHIBIT LIST

| 53 | 12/31/2020 Wingsail Balance Sheet | | |
| 54 | 9/26/2021 Email Chang to Bai | | |
| 55 | 7/12/2023 Declaration of Chang in Support of Chang's Opposition to Plaintiff's Motion to Disqualify Almadani | | |
| 56 | 1/9/2026 Wingsail Holdings, LLC Statement of Reinstatement | | |
| 57 | 1/26/2026 Wingsail Holdings, LLC Statement of Information | | |
| 58 | Filing History Wingsail | | |
| 59 | 2/6/2026 Check Details – Chang to California Franchise Tax Board on Behalf of Wingsail | | |
| 60 | 3/9/2020 to 12/7/2020 Emails Between Adam Minow, Anna at Greenberg, Mario at Greenberg, Bai, and Polsky | | |

Dated:        May 22, 2026        BUUS LAW GROUP APC


 /s/ William L. Buus

By: William L. Buus
Counsel for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI


Dated:        May 22, 2026        RUTAN & TUCKER, LLP


 /s/ Alejandro S. Angulo

By: Alejandro S. Angulo
Counsel for Defendants
ANDREW POLSKY and SEFED

5

JOINT TRIAL EXHIBIT LIST

## L.R. 5-4.3.4(a)(2) CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), the undersigned certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ William L. Buus*

William L. Buus

6

JOINT TRIAL EXHIBIT LIST

## **PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen (18) years and am not a party to the within action.  My business address is that of 3 Pointe Drive, Suite 110, Brea, California 92821.

I hereby certify that on May 22, 2026, I electronically filed the foregoing JOINT TRIAL EXHIBIT LIST with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

Alejandro S. Angulo, Esq.
*aangulo@rutan.com*
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Tel.: 714-641-5100
Fax: 714-546-9035

Attorneys for Defendants ANDREW POLSKY and SEFED

Executed on May 22, 2026, at Brea, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ William L. Buus*

JOINT TRIAL EXHIBIT LIST