Alejandro S. Angulo (State Bar No. 217823)
aangulo@rutan.com
Kaitlynne N. McKee (State Bar No. 366564)
kmckee@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California  92612
Telephone:  714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendants
ANDREW POLSKY, and SEFED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 8:23-CV-02398-JWH-DFM<br><br>Honorable John W. Holcomb<br><br>**DEFENDANTS' WITNESS LIST**<br><br>Trial Date:   June 29, 2026<br>Time:          9:00 a.m.<br>Ctrm.:         9D |

Pursuant to Rule 26(a)(3)(A)(i) of the Federal Rules of Civil Procedure, Rule 16-2.4 of the Local Rules of the Central District of California, and the Court's Scheduling Order as amended, Defendants ANDREW POLSKY, and SEFED (hereinafter, collectively, "Defendants") hereby submit this Witness List, inclusive of time estimates.[1]

/ / /

/ / /

---

[1]   The time estimate represent the total time that Defendants will need to examine the witness on cross in Plaintiffs' case-in-chief and on direct in Defendants' case-in-chief.

| Name | Time Est. |
|------|-----------|
| Yunfei "Kristy" Bai | 3.5 Hours |
| Andrew Polsky | 3 Hours |
| Fu-Shen "Maxwell" Chang | 3 Hours |
| Adam Minow | 45 Minutes |
| Jordan Mallin | 45 Minutes |

Dated:  May 22, 2026                    RUTAN & TUCKER, LLP


By:   /s/ Alejandro S. Angulo
      Alejandro S. Angulo
      Attorneys for Defendants
      ANDREW POLSKY, and SEFED

Rutan & Tucker, LLP
attorneys at law

3127/037539-0004
23820084.1 a05/22/26

-2-

DEFENDANTS' WITNESS LIST