Alejandro S. Angulo (State Bar No. 217823)
aangulo@rutan.com
Kaitlynne N. McKee (State Bar No. 366564)
kmckee@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendants
ANDREW POLSKY and SEFED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10, <br><br> Defendants. | Case No. 8:23-CV-02398-JWH-DFM <br><br> Honorable John W. Holcomb <br><br> **DEFENDANTS' PROPOSED VERDICT FORM** <br><br><br> Date Action Filed: August 23, 2024 <br> Final Pretrial Conf.: June 12, 2026 <br> Trial Date: June 29, 2026 |

Pursuant to the Court's Civil Trial And Scheduling Order, Defendants Andrew Polsky and SEFED hereby submit their proposed verdict form.

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-1-

Case No. 8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

Dated:  May 27, 2026

RUTAN & TUCKER, LLP

By:  /s/ Alejandro S. Angulo
Alejandro S. Angulo
Attorneys for Defendants
ANDREW POLSKY and SEFED

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-2-

Case No.  8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

**Verdict Form For**

**Claims Against Andrew Polsky**

1.    Did Wingsail, Fu Shen Chang, or Ms. Bai know as of April 19, 2020 that Wingsail transferred its interest in Alter to SEFED?

        Yes _____

        No _____

If your answer to Question No. is "Yes", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 1 is "No", then proceed to Question No. 2.

2.    Who was Wingsail's manager?

        \_\_\_\_\_ Fu-Shen Chang

        \_\_\_\_\_ Andrew Polsky

If your answer to Question No. 2 is "Fu-Shen Chang", then stop here, answer no further questions and have the presiding juror sign, date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 2 is "No", then proceed to Question No. 3.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-1-

Case No.  8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

**<u>Wingsail's Constructive Fraud and Concealment Claims</u>**

**<u>Against Mr. Polsky (Claim Nos. 3 and 4)</u>**

3.    Did Mr. Polsky act on Wingsail's behalf for purposes of transferring Wingsail's interest in Alter to SEFED?

      Yes _____

      No _____

If your answer to Question No. 3 is "No", then skip to Question No. 36 and do not answer Questions Nos. 4 through 35. If your answer to Question No. 3 is "Yes", then proceed to Question No. 4.

4.    Did Mr. Polsky know, or should have known, that Wingsail was unaware that Wingsail's interest in Alter had been transferred to SEFED?

      Yes _____

      No _____

If your answer to Question No. 4 is "No", then skip to Question No. 36 and do not answer Questions Nos. 5 through 35. If your answer to Question No. 4 is "Yes", then proceed to Question No. 5.

5.    Did Mr. Polsky mislead Wingsail by failing to disclose that Wingsail's interest in Alter had been transferred to SEFED?

      Yes _____

      No _____

If your answer to Question No. 5 is "No", then skip to Question No. 36 and do not answer Questions Nos. 6 through 35. If your answer to Question No. 5 is "Yes", then proceed to Question No. 6.

/ / /

/ / /

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-2-

Case No.  8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

6.    Was Wingsail harmed?

Yes _____

No _____

If your answer to Question No. 6 is "No", then skip to Question No. 36 and do not answer Questions Nos. 7 through 35. If your answer to Question No. 6 is "Yes", then proceed to Question No. 7.

7.    Was Mr. Polsky's conduct a substantial factor in causing Wingsail's harm?

Yes _____

No _____

If your answer to Question No. 7 is "No", then skip to Question No. 36 and do not answer Questions Nos. 8 through 35. If your answer to Question No. 7 is "Yes", then proceed to Question No. 8.

8.    What are Wingsail's damages, if any?

$_____

If you awarded zero dollars in damages, then skip to Question No. 36 and do not answer Question Nos. 9 through 35. If you awarded more than zero dollars, then proceed to Question No. 9.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-3-

Case No.  8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

**Wingsail's Breach of Breach of Fiduciary Duty Claims**

**Against Mr. Polsky (Claim Nos. 1 and 2)**

9.　　Did Wingsail provide Mr. Polsky informed consent to transfer Wingsail's interest in Alter to SEFED?

Yes _____

No _____

If your answer to Question No. 9 is "Yes", then skip to Question No. 36 and do not answer Questions Nos. 10 through 35. If your answer to Question No. 9 is "Yes", then proceed to Question No. 10.

10.　　Was Wingsail harmed?

Yes _____

No _____

If your answer to Question No. 10 is "No", then skip to Question No. 36 and do not answer Questions Nos. 11 through 35. If your answer to Question No. 10 is "Yes", then proceed to Question No. 11.

11.　　Was Mr. Polsky's conduct a substantial factor in causing Wingsail's harm?

Yes _____

No _____

If your answer to Question No. 11 is "No", then skip to Question No. 36 and do not answer Questions Nos. 12 through 35. If your answer to Question No. 9 is "Yes", then proceed to Question No. 12.

12.　　What are Wingsail's damages?

$_____

If you awarded zero dollars in damages, then skip to Question No. 36 and do not answer Question Nos. 13 through 35. If you awarded more than zero dollars, then proceed to Question No. 13.

/ / /

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-4-

Case No.  8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

**<u>Wingsail's Penal Code Section 496(a) Claim Against Mr. Polsky (Claim No. 8)</u>**

13.    Did Mr. Polsky receive Wingsail's property that was stolen?

Yes _____

No _____

If your answer to Question No. 11 is "No", then skip to Question No. 36 and do not answer Questions Nos. 14 through 35. If your answer to Question No. 13 is "Yes", then proceed to Question No. 14.

14.    Did Mr. Polsky know that Wingsail's property was stolen at the time that he received Wingsail's property?

Yes _____

No _____

If your answer to Question No. 11 is "No", then skip to Question No. 36 and do not answer Questions Nos. 15 through 35. If your answer to Question No. 14 is "Yes", then proceed to Question No. 15.

15.    Was Wingsail harmed?

Yes _____

No _____

If your answer to Question No. 15 is "No", then skip to Question No. 36 and do not answer Questions Nos. 16 through 35. If your answer to Question No. 15 is "Yes", then proceed to Question No. 16.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-5-

Case No.  8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

16.    Was Mr. Polsky's conduct a substantial factor in causing Wingsail's harm?

Yes _____

No _____

If your answer to Question No. 16 is "No", then skip to Question No. 36 and do not answer Questions Nos. 17 through 35. If your answer to Question No. 16 is "Yes", then proceed to Question No. 17.

17.    What are Wingsail's damages?

$_____

If you awarded zero dollars in damages, then skip to Question No. 36 and do not answer Question Nos. 18 through 35. If you awarded more than zero dollars, then proceed to Question No. 18.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-6-

Case No.  8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

**<u>Wingsail's False Promise Claim Against Mr. Polsky (Claim No. 5)</u>**

18.     Did Mr. Polsky make a promise to Wingsail?

Yes _____

No _____

If your answer to Question No. 18 is "No", then skip to Question No. 36 and do not answer Questions Nos. 19 through 35. If your answer to Question No. 18 is "Yes", then proceed to Question No. 19.

19.     Did Mr. Polsky not intend to perform the promise that he made to Wingsail when he made that promise?

Yes _____

No _____

If your answer to Question No. 19 is "No", then skip to Question No. 36 and do not answer Questions Nos. 20 through 35. If your answer to Question No. 19 is "Yes", then proceed to Question No. 16.

20.     Did Mr. Polsky intend that Wingsail rely on that promise?

Yes _____

No _____

If your answer to Question No. 20 is "Yes", then skip to Question No. 36 and do not answer Questions Nos. 21 through 35. If your answer to Question No. 21 is "No", then proceed to Question No. 21.

21.     Did Wingsail reasonably rely on Mr. Polsky's promise?

Yes _____

No _____

If your answer to Question No. 21 is "No", then skip to Question No. 36 and do not answer Questions Nos. 22 through 35. If your answer to Question No. 21 is "Yes", then proceed to Question No. 22.

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-7-

Case No.  8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

22.    Did Mr. Polsky not perform the promised act?

Yes _____

No _____

If your answer to Question No. 22 is "No", then skip to Question No. 36 and do not answer Questions Nos. 22 through 35. If your answer to Question No. 22 is "Yes", then proceed to Question No. 23.

23.    Was Wingsail harmed?

Yes _____

No _____

If your answer to Question No. 23 is "No", then skip to Question No. 36 and do not answer Questions Nos. 24 through 35. If your answer to Question No. 23 is "Yes", then proceed to Question No. 24.

24.    Was Wingsail's reliance on Mr. Polsky's promise a substantial factor in causing Wingsail's harm?

Yes _____

No _____

If your answer to Question No. 24 is "No", then skip to Question No. 36 and do not answer Questions Nos. 25 through 35. If your answer to Question No. 24 is "Yes", then proceed to Question No. 25.

25.    What are Wingsail's damages?

$_____

If you awarded zero dollars in damages, then skip to Question No. 36 and do not answer Question Nos. 26 through 35. If you awarded more than zero dollars, then proceed to Question No. 26.

/ / /

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-8-

Case No.  8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

**<u>Wingsail's Conversion Claim Against Mr. Polsky (Claim No. 6)</u>**

26. Did Wingsail own an interest in Alter?

Yes _____

No _____

If your answer to Question No. 26 is "No", then skip to Question No. 36 and do not answer Questions Nos. 25 through 35. If your answer to Question No. 24 is "Yes", then proceed to Question No. 27.

27. Did Mr. Polsky substantially interfere with Wingsail's interest in Alter by knowingly or intentionally taking possession of Wingsail's interest in Alter?

Yes _____

No _____

If your answer to Question No. 27 is "No", then skip to Question No. 36 and do not answer Questions Nos. 27 through 35. If your answer to Question No. 27 is "Yes", then proceed to Question No. 28.

28. Did Wingsail consent to the transfer of Wingsail's interest in Alter to SEFED?

Yes _____

No _____

If your answer to Question No. 28 is "Yes", then skip to Question No. 36 and do not answer Questions Nos. 29 through 35. If your answer to Question No. 28 is "No", then proceed to Question No. 29.

29. Was Wingsail harmed?

Yes _____

No _____

If your answer to Question No. 29 is "No", then skip to Question No. 36 and do not answer Questions Nos. 30 through 35. If your answer to Question No. 29 is "Yes", then proceed to Question No. 30.

/ / /

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-9-

Case No. 8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

30.   Was Mr. Polsky's conduct a substantial factor in causing Wingsail's harm?

Yes _____

No _____

If your answer to Question No. 30 is "No", then skip to Question No. 36 and do not answer Questions Nos. 31 through 35. If your answer to Question No. 30 is "Yes", then proceed to Question No. 31.

31.   What are Wingsail's damages?

$_____

If you awarded zero dollars in damages, then skip to Question No. 36 and do not answer Question Nos. 31 through 35. If you awarded more than zero dollars, then proceed to Question No. 32.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-10-

Case No.  8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

## **Wingsail's Money Had and Received Claim (Claim No. 7)**

32.   Did Mr. Polsky receive money that was intended to be used for the benefit of Wingsail?

Yes _____

No _____

If your answer to Question No. 30 is "No", then skip to Question No. 36 and do not answer Questions Nos. 33 through 35. If your answer to Question No. 32 is "Yes", then proceed to Question No. 33.

33.   Was the money used for Wingsail's benefit?

Yes _____

No _____

If your answer to Question No. 33 is "Yes", then skip to Question No. 36 and do not answer Questions Nos. 34 through 35. If your answer to Question No. 33 is "Yes", then proceed to Question No. 34.

34.   Did Mr. Polsky give the money to Wingsail?

Yes _____

No _____

If your answer to Question No. 34 is "Yes", then skip to Question No. 36 and do not answer Questions No. 35. If your answer to Question No. 30 is "No", then proceed to Question No. 35.

35.   What are Wingsail's damages?

$_____

Proceed to Question No. 36.

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-11-

Case No.  8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

## Verdict Form For Claims Against SEFED

### Wingsail's Conversion Claim Against SEFED (Claim No. 6)

36. Did Wingsail own an interest in Alter?

Yes _____

No _____

If your answer to Question No. 36 is "No", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 36 is "Yes", then proceed to Question No. 37.

37. Did Mr. SEFED substantially interfere with Wingsail's interest in Alter by knowingly or intentionally taking possession of Wingsail's interest in Alter?

Yes _____

No _____

If your answer to Question No. 37 is "No", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 37 is "Yes", then proceed to Question No. 38.

38. Did Wingsail consent to the transfer of Wingsail's interest in Alter to SEFED?

Yes _____

No _____

If your answer to Question No. 38 is "Yes", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 38 is "Yes", then proceed to Question No. 39.

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-12-

Case No. 8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

39.   Was Wingsail harmed?

Yes _____

No _____

If your answer to Question No. 39 is "No", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 40 is "Yes", then proceed to Question No. 40.

40.   Was SEFED's conduct a substantial factor in causing Wingsail's harm?

Yes _____

No _____

If your answer to Question No. 40 is "No", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 40 is "Yes", then proceed to Question No. 41.

41.   What are Wingsail's damages?

$_____

If you awarded zero dollars in damages, then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 41 is "Yes", then proceed to Question No. 42.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-13-

Case No.  8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

**Wingsail's Money Had and Received Claim (Claim No. 7)**

42.    Did SEFED receive money that was intended to be used for the benefit of Wingsail?

Yes _____

No _____

If your answer to Question No. 42 is "No", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 42 is "Yes", then proceed to Question No. 43.

43.    Was the money used for Wingsail's benefit?

Yes _____

No _____

If your answer to Question No. 43 is "No", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 43 is "Yes", then proceed to Question No. 44.

44.    Did SEFED give the money to Wingsail?

Yes _____

No _____

If your answer to Question No. 44 is "Yes", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 44 is "Yes", then proceed to Question No. 45.

/ / /

/ / /

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-14-

Case No.  8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM

45.    What are Wingsail's damages?

$_____

After answering Question No. 45, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant.

Date_____

_____

Presiding Juror

Rutan & Tucker, LLP
attorneys at law

1063/037539-0004
23827289.1 a05/27/26

-15-

Case No.  8:23-CV-02398-JWH-DFM
DEFENDANTS' PROPOSED
VERDICT FORM