William L. Buus (SBN 180059)
wbuus@buuslaw.com
BUUS LAW GROUP APC
3 Pointe Drive, Suite 110
Brea, CA 92821
Telephone:  (949) 825-6140
Facsimile:  (949) 825-6141

Attorneys for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,

Plaintiffs,

vs.

ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,

Defendants.

Case No.: 8:23-CV-02398-JWH-DFM

STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES

Plaintiffs WINGSAIL HOLDINGS, LLC and YUNFEI "KRISTY" BAI on the one hand, and Defendants ANDREW POLSKY and SEFED on the other hand, by and through their respective counsel of record, hereby stipulate and agree to the following:

WHEREAS, on May 28, 2026, the Court entered a Scheduling Notice and Order (ECF Docket Number 118), continuing the date of trial in the above-captioned matter from June 29, 2026, to August 10, 2026;

WHEREAS, trial counsel for both parties presently have trials scheduled in the month of August that conflict with the newly scheduled trial date of August 10, 2026, in this matter;

1

STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES

WHEREAS, Defendant POLSKY also has a conflict with the newly scheduled trial date of August 10, 2026, in this matter; and

WHEREAS the parties have met and conferred and have discussed dates on which they are available to commence trial in this action and are hereby requesting the Court to continue trial to November 30, 2026, or December 7, 2026;[1]

IT IS AGREED by and between the parties, subject to Court approval, that the trial date be continued from August 10, 2026, to either November 30, 2026, or December 7, 2026, and further, that certain dates tied to trial date be continued as follows:

➢ If trial is continued to November 30, 2026, then the Final Pretrial Conference should be continued to November 13, 2026, at 1:00 p.m. and the Hearing on the Motions in Limine should be continued to November 6, 2026, at 9:00 a.m.

➢ If trial is continued to December 7, 2026, then the Final Pretrial Conference should be continued to November 20, 2026, at 1:00 p.m. and the Hearing on the Motions in Limine should be continued to November 13, 2026, at 9:00 a.m.; and,

IT IS SO STIPULATED.

Dated:       June 8, 2026          BUUS LAW GROUP APC

                                   /s/ William L. Buus
                                   By: William L. Buus
                                   Counsel for Plaintiffs
                                   WINGSAIL HOLDINGS, LLC and
                                   YUNFEI "KRISTY" BAI

Dated:       June 8, 2026          RUTAN & TUCKER, LLP

                                   /s/ Alejandro S. Angulyu
                                   By: Alejandro S. Angulo
                                   Counsel for Defendants
                                   ANDREW POLSKY and SEFED

---

[1] If these proposed dates are not convenient for the Court, then the parties request that the Court issue an order vacating the current trial date and further, order the parties to meet and confer to propose additional dates on which they are available for trial.

2

STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES

## L.R. 5-4.3.4(a)(2) CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), the undersigned certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ William L. Buus*

William L. Buus

STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES

## **PROOF OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen (18) years and am not a party to the within action.  My business address is that of 3 Pointe Drive, Suite 110, Brea, California 92821.

I hereby certify that on June 8, 2026, I electronically filed the foregoing STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

Alejandro S. Angulo, Esq.
*aangulo@rutan.com*
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Tel.: 714-641-5100
Fax: 714-546-9035

Attorneys for Defendants ANDREW POLSKY and SEFED

Executed on June 8, 2026, at Brea, California.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ William L. Buus*

STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES