UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,

Plaintiffs,

vs.

ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,

Defendants.

Case No.: 8:23-CV-02398-JWH-DFM

**ORDER GRANTING STIPULATION TO CONTINUE TRIAL**

1

ORDERGRANTING STIPULATION TO CONTINUE TRIAL

Having reviewed and considered the parties' stipulation to continue the trial date and to extend certain related dates and deadlines, and good cause appearing, the Court hereby **ORDERS** that the Scheduling Notice and Order entered in this action on May 28, 2026, as Docket Number 118 is **MODIFIED** as follows:

| **EVENT** | **DATE/TIME** |
| --- | --- |
| Jury Trial | November 30, 2026, at 9:00 a.m. |
| Final Pretrial Conference | November 6, 2026, at 1:00 p.m. |
| Hearing on Motions in Limine | October 30, 2026, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated:  June 9, 2026

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

2

ORDERGRANTING STIPULATION TO CONTINUE TRIAL