William L. Buus (SBN 180059)
*wbuus@buuslaw.com*
BUUS LAW GROUP APC
3 Pointe Drive, Suite 110
Brea, CA 92821
Telephone: (949) 825-6140
Facsimile: (949) 825-6141

Attorneys for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 8:23-CV-02398-JWH-DFM<br><br>PLAINTIFFS' PROPOSED SPECIAL JURY INSTRUCTION |

Plaintiffs hereby submit the attached proposed Special Jury Instruction to be read to the jury at trial in the above-captioned matter (Exhibit "A").

Dated: October 23, 2026 BUUS LAW GROUP APC

*/s/ William L. Buus*

By: William L. Buus
Counsel for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

# EXHIBIT A

**PLAINTIFFS' SPECIAL INSTRUCTION NO. 1**

Plaintiffs Wingsail Holdings and Ms. Bai claim that Defendant Mr. Polsky is personally and jointly liable for wrongful acts he authorized or directed, or in which he personally participated, as a corporate employee and/or agent of MCAP Holdings.

A corporate employee and/or agent of a corporation is personally and jointly liable for all wrongful acts he authorizes or directs, or in which he participates, even though such acts were done as an employee or agent of the corporation.

Authorities: *Frances T. v. Village Green Owners Assn.*, 42 Cal.3d 490, 505 (1986); *PMC, Inc. v. Kadisha*, 78 Cal.App.4th 1368, 1379-82; see *Holistic Supplements, LLC v. Star*k, 61 Cal.App.5th 530, 544 (2021); *Ritter & Ritter, Inc. Pension & Profit Plan v. The Churchill Condominium Assn.,* 166 Cal.App.4th 103, 120-121 (2008); see also *Coastal Abstract Service, Inc. v. First American Title Ins. Co.*, 173 F.3d 725, 734 (9th Cir. 1999); *Transgo, Inc. v. Ajac Transmission Parts Corp.*, 768 F.2d 1001, 1021 (9th Cir. 1985).

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is that of 3 Pointe Drive, Suite 110, Brea, California 92821.

I hereby certify that on October 23, 2026, I electronically filed the foregoing PLAINTIFFS' PROPOSED SPECIAL JURY INSTRUCTION with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

Alejandro S. Angulo, Esq.
aangulo@rutan.com
Joelle Leib, Esq.
jleib@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Tel.: 714-641-5100
Fax: 714-546-9035

Attorneys for Defendants ANDREW POLSKY and SEFED

Executed on October 23, 2026, at Brea, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ William L. Buus*