William L. Buus (SBN 180059)
*wbuus@buuslaw.com*
BUUS LAW GROUP APC
3 Pointe Drive, Suite 110
Brea, CA 92821
Telephone: (949) 825-6140
Facsimile: (949) 825-6141

Attorneys for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 8:23-CV-02398-JWH-DFM<br><br>[PLAINTIFFS' PROPOSED] VERDICT FORM |

We, the jury, answer the questions submitted to us as follows:

**I. PLAINTIFFS' CLAIM FOR BREACH OF FIDUCIARY DUTY**

**Question 1.** Was Defendant Andrew Polsky a fiduciary of Plaintiffs Wingsail Holdings and/or Ms. Bai? Please answer "yes" or "no" as to each Plaintiff:

Plaintiff Wingsail Holdings Yes______ No______

Plaintiff Ms. Bai Yes______ No______

If you answered "yes" as to one or both of the Plaintiffs, then please answer Question 2 as to the Plaintiff or Plaintiffs for whom you answered "yes." If you answered "no" as to both of the Plaintiffs, then skip to and answer Question 8.

**Question 2.** Did Defendant Andrew Polsky act on behalf of the Plaintiff(s) for the purpose of managing Plaintiff(s) business and financial affairs? Please answer "yes" or "no" as to each Plaintiff form whom you answered "yes" in Question 1:

Plaintiff Wingsail Holdings Yes______ No______

Plaintiff Ms. Bai Yes______ No______

If you answered "yes" as to one or both of the Plaintiffs, then please answer Question 3. If you answered "no" as to both of the Plaintiffs, then skip to and answer Question 8.

**Question 3.** Did Defendant Andrew Polsky fail to act as a reasonably careful manager would have acted under the same or similar circumstances? Please answer "yes" or "no":

Yes______ No______

Please answer Question 4.

**Question 4.** Did Defendant Andrew Polsky knowingly act against the interests of Plaintiff(s) or act on behalf of a party whose interests were adverse to Plaintiff(s) without the consent of Plaintiff(s) in connection with his management of Plaintiff(s) business and financial affairs? Please answer "yes" or "no":

Yes______ No______

Please Answer Question 5.

**Question 5.** Did Defendantg Andrew Polsky know or should have known information and mislead Plaintiff(s) by failing to disclose the information and/or by providing Plaintiff(s) with information that was inaccurate or incomplete? Please answer "yes" or "no":

Yes______ No______

If you have answered "yes" as to Questions 3, 4, or 5, then answer Question 6. If you have answered only "no" to Questions 3, 4, and 5, then skip to and answer Question 8.

**Question 6.** Was Defendant Andrew Polsky's conduct a substantial factor in causing harm to Plaintiff(s)? Please answer "yes" or "no" as to each Plaintiff for whom you answered "yes" in Question 2:

Plaintiff Wingsail Holdings Yes______ No______

Plaintiff Ms. Bai Yes______ No______

If you answered "yes" as to one or both of the Plaintiffs, then please answer Question 7 as to the Plaintiff or Plaintiffs for whom you answered "yes." If you answered only "no" to this Question, then skip to and answer Question 8.

**Question 7.** What is the amount of harm Plaintiff(s) suffered? Please enter a monetary value for each Plaintiff for whom you answered "yes" in Question 6:

Plaintiff Wingsail Holdings $______________________

Plaintiff Ms. Bai $______________________

Please answer Question 8.

## II. PLAINTIFFS' CLAIM FOR FRAUDULENT CONCEALMENT

Answer this question only if you have answered "yes" as to one or both of the Plaintiffs in Question 1. If you have answered "no" as to both of the Plaintiffs in Question 1, then skip to and answer Question 13.

**Question 8.** Did Defendant Andrew Polsky intentionally fail to disclose facts to Plaintiff(s) that Plaintiff(s) did not know? Please answer "yes" or "no" as to each Plaintiff:

Plaintiff Wingsail Holdings Yes______ No______

Plaintiff Ms. Bai Yes______ No______

If you answered "yes" as to one or both of the Plaintiffs, then please answer Question 9. If you answered only "no" to this Question, then skip to and answer Question 13.

**Question 9.** Did Defendant Andrew Polsky intend to deceive Plaintiff(s)? Please answer "yes" or "no":

Yes______ No______

If you have answered "yes" to this question, then answer Question 10. If you have answered "no" to this question, skip to and answer Question 13.

**Question 10.** Had the omitted information been disclosed, would Plaintiff(s) have behaved differently? Please answer "yes" or "no" as to each Plaintiff:

Plaintiff Wingsail Holdings Yes______ No______

Plaintiff Ms. Bai Yes______ No______

If you answered "yes" as to one or both of the Plaintiffs, then please answer Question 11. If you answered only "no" to this Question, then skip to and answer Question 13.

**Question 11.** Was Defendant Andrew Polsky's concealment a substantial factor in causing harm to Plaintiff(s)? Please answer "yes" or "no" as to each Plaintiff for whom you answered "yes" in Question 10:

Plaintiff Wingsail Holdings Yes______ No______

Plaintiff Ms. Bai Yes______ No______

If you answered "yes" as to one or both of the Plaintiffs, then please answer Question 12 as to the Plaintiff or Plaintiffs for whom you answered "yes." If you answered only "no" to this Question, then skip to and answer Question 13.

**Question 12.** What is the amount of harm Plaintiff(s) suffered? Please enter a monetary value for each Plaintiff for whom you answered "yes" in Question 11:

Plaintiff Wingsail Holdings $________________________

Plaintiff Ms. Bai $________________________

Please answer Question 13.

## III. PLAINTIFFS' CLAIM FOR FALSE PROMISE

**Question 13.** Did Defendants Andrew Polsky and/or SEFED make a promise to either Plaintiff Wingsail Holdings or Plaintiff Ms. Bai? Please answer "yes" or "no" as to each Defendant:

Defendant Andrew Polsky Yes______ No______

Defendant SEFED Yes______ No______

If you answered "yes" as to one or both of the Defendants, then please answer Question 14 as to the Defendant or Defendants for whom you answered "yes." If you answered only "no" to this Question, then skip to and answer Question 19.

**Question 14.** Did Defendant(s) intend to perform this promise when it was made? Please answer "yes" or "no" as to each Defendant for whom you answered "yes" in Question 13:

Defendant Andrew Polsky Yes______ No______

Defendant SEFED Yes______ No______

If you answered "no" as to one or both of the Defendants, then please answer Question 15 as to the Defendant or Defendants for whom you answered "no." If you answered only "yes" to this Question, then skip to and answer Question 19.

**Question 15.** Did Defendant(s) intend that either Plaintiff Wingsail Holdings or Plaintiff Ms. Bai to rely on the promise? Please answer "yes" or "no" as to each Defendant for whom you answered "no" in Question 14:

Defendant Andrew Polsky Yes______ No______

Defendant SEFED Yes______ No______

If you answered "yes" as to one or both of the Defendants, then please answer Question 16 as to the Defendant or Defendants for whom you answered "yes." If you answered only "no" to this Question, then skip to and answer Question 19.

**Question 16.** Did Defendant(s) perform the promised act? Please answer "yes" or "no" as to each Defendant for whom you answered "yes" in Question 15:

Defendant Andrew Polsky Yes______ No______

Defendant SEFED Yes______ No______

If you answered "no" as to one or both of the Defendants, then please

answer Question 17. If you answered only "yes" to this Question, then skip to and answer Question 19.

**Question 17.** Did Plaintiff(s) reasonably rely on Defendant(s) promise and was that reasonable reliance a substantial factor in causing harm to Plaintiff(s)? Please answer "yes" or "no" as to each Plaintiff:

Plaintiff Wingsail Holdings Yes______ No______

Plaintiff Ms. Bai Yes______ No______

If you answered "yes" as to one or both of the Plaintiffs, then please answer Question 18 as to each Plaintiff for whom you answered "yes." If you answered only "no" to this Question, then skip to and answer Question 19.

**Question 18.** What is the amount of harm Plaintiff(s) suffered? Please enter a monetary value for each Plaintiff for whom you answered "yes" in Question 17:

Plaintiff Wingsail Holdings $________________________

Plaintiff Ms. Bai $________________________

Please answer Question 19.

## IV. PLAINTIFFS' CLAIM FOR CONVERSION

**Question 19.** Did Defendant(s), without the consent of Plaintiff(s), substantially interfere with the property of Plaintiff(s) by knowingly or intentionally refusing to return the property after Plaintiff(s)' demanded the property's return? Please answer "yes" or "no" as to each Defendant:

Defendant Andrew Polsky Yes______ No______

Defendant SEFED Yes______ No______

If you answered "yes" as to one or both of the Defendants, then please answer Question 20. If you answered only "no" to this Question, then skip to and answer Question 22.

**Question 20.** Was the conduct of Defendant(s) a substantial factor in causing harm to Plaintiff(s)? Please answer "yes" or "no" as to each Plaintiff:

Plaintiff Wingsail Holdings Yes______ No______

Plaintiff Ms. Bai Yes______ No______

If you answered "yes" as to one or both of the Plaintiffs, then please answer Question 21 as to the Plaintiff or Plaintiffs for whom you answered "yes." If you answered only "no" to this Question, then skip to and answer Question 22.

**Question 21.** What is the amount of harm Plaintiff(s) suffered? Please enter a monetary value for each Plaintiff for whom you answered "yes" in Question 20:

Plaintiff Wingsail Holdings $________________________

Plaintiff Ms. Bai $________________________

Please answer Question 22.

## V. PLAINTIFFS' CLAIM FOR RECEIPT OF STOLEN PROPERTY

**Question 22.** Did Defendant(s) receive money or property that was stolen or that was obtained by theft, or did they withhold or aided in the withholding of such money or property? Please answer "yes" or "no" as to each Defendant:

Defendant Andrew Polsky Yes______ No______

Defendant SEFED Yes______ No______

If you answered "yes" as to one or both of the Defendants, then please answer Question 23. If you answered only "no" to this Question, then skip to and answer Question 26.

**Question 23.** Did Defendant(s) know the money or property was stolen or obtained by theft? Please answer "yes" or "no" as to each Defendant:

Defendant Andrew Polsky Yes______ No______

Defendant SEFED Yes______ No______

If you answered "yes" as to one or both of the Defendants, then please answer Question 24. If you answered only "no" to this Question, then skip to and answer Question 26.

**Question 24.** Was the conduct of Defendant(s) a substantial factor in

causing harm to Plaintiff(s)? Please answer "yes" or "no" as to each Plaintiff:

Plaintiff Wingsail Holdings Yes______ No______

Plaintiff Ms. Bai Yes______ No______

If you answered "yes" as to one or both of the Plaintiffs, then please answer Question 25 as to the Plaintiff or Plaintiffs for whom you answered "yes." If you answered only "no" to this Question, then skip to and answer Question 26.

**Question 25.** What is the amount of harm Plaintiff(s) suffered? Please enter a monetary value for each Plaintiff for whom you answered "yes" in Question 24:

Plaintiff Wingsail Holdings $________________________

Plaintiff Ms. Bai $________________________

Please answer Question 26.

## VI. PLAINTIFFS' COMMON COUNT CLAIM

**Question 26.** Did Defendant(s) receive money that was intended to be used for the benefit of Plaintiff(s)? Please answer "yes" or "no" as to each Defendant:

Defendant Andrew Polsky Yes______ No______

Defendant SEFED Yes______ No______

If you answered "yes" as to one or both of the Defendants, then please answer Question 27. If you answered only "no" to this Question, then skip to and answer Question 30.

**Question 27.** Was the money received by Defendant(s) used for the benefit of Plaintiff(s)? Please answer "yes" or "no" as to each Defendant:

Defendant Andrew Polsky Yes______ No______

Defendant SEFED Yes______ No______

If you answered "no" as to one or both of the Defendants, then please answer Question 28. If you answered only "yes" to this Question, then skip to and answer Question 30.

**Question 28.** Did Defendant(s) return the money to Plaintiff(s)? Please

answer "yes" or "no" as to each Defendant:

Defendant Andrew Polsky Yes______ No______

Defendant SEFED Yes______ No______

If you answered "no" as to one or both of the Defendants, then please answer Question 29. If you answered only "yes" to this Question, then skip to and answer Question 30.

**Question 29.** What was the amount of money received from each Plaintiff? Please enter a monetary value as to each Plaintiff:

Plaintiff Wingsail Holdings $________________________

Plaintiff Ms. Bai $________________________

Please answer Question 30.

## VII. PLAINTIFFS' CLAIM FOR PUNITIVE DAMAGES

**Question 30.** Answer this question only if you entered a monetary value greater than zero in either Question 7, 12, 18, or 21. If you did not enter a monetary value greater than zero in those questions, then answer no further questions and have the presiding juror date and sign this verdict form.

Did Defendant(s) act with malice, oppression, or fraud? Please answer "yes" or "no" as to the Defendant form whom you entered a monetary value greater than zero in either Question 7, 12, 18, or 21:

Defendant Andrew Polsky Yes______ No______

Defendant SEFED Yes______ No______

If you answered "yes" as to one or both of the Defendants, then please answer Question 31 only as to the Defendants for whom you've answered "yes." If you answered only "no" to this Question, then answer no further questions and have the presiding juror date and sign this verdict form.

**Question 31.** What amount of punitive damages, if any, should Defendants be required to pay Plaintiff(s)? Please enter a monetary value:

$______________________________

Please have the presiding juror date and sign this verdict form.

DATED: ______________________________

Presiding Juror

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is that of 3 Pointe Drive, Suite 110, Brea, California 92821.

I hereby certify that on October 23, 2026, I electronically filed the foregoing [PLAINTIFFS' PROPOSED] VERDICT FORM with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

Alejandro S. Angulo, Esq.
*aangulo@rutan.com*
Joelle Leib, Esq.
*jleib@rutan.com*
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Tel.: 714-641-5100
Fax: 714-546-9035

Attorneys for Defendants ANDREW POLSKY and SEFED

Executed on October 23, 2026, at Brea, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ William L. Buus*