William L. Buus (SBN 180059)
*wbuus@buuslaw.com*
BUUS LAW GROUP APC
3 Pointe Drive, Suite 110
Brea, CA 92821
Telephone: (949) 825-6140
Facsimile: (949) 825-6141

Attorneys for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 8:23-CV-02398-JWH-DFM<br><br>VOIR DIRE QUESTIONS PROPOSED BY PLAINTIFFS<br><br>Trial Date: November 30, 2026 |

Plaintiffs WINGSAIL HOLDINGS, LLC and YUNFEI "KRISTY" BAI (hereinafter, collectively, "Plaintiffs") hereby submit this list of additional questions to ask prospective jurors during voir dire.

1. What is the highest level of education you completed?

What degrees, if any, have you obtained?

When?

From where?

In what subject matter(s)?

What professional licenses or certifications do you have?

When did you obtain that license/certification?

2. Have you ever been employed by any business or governmental agency that was involved in the procurement and/or issuance of immigration visas?

Please describe.

Do you have any feelings, positive or negative, about your experience?

Please describe.

3. Have you ever been employed by any business that was involved in foreign investments in United States companies?

Please describe.

Do you have any feelings, positive or negative, about your experience?

Please describe.

4. One of the plaintiffs is an individual who is Chinese. Would you have any difficulty treating that individual fairly because of her race?

Explain.

5. Also, one of the plaintiffs is an individual who is a non-U.S. citizen. Would you have any difficulty treating that person fairly because she is not a United States Citizen?

Explain.

6. Also, you will hear that this plaintiff sought to obtain an immigration visa? Does that leave you with any negative impression or feelings about her?

Explain.

7. Also, you will hear that plaintiff, a non-U.S. citizen, sought to make a financial investment in an United States business. Does that leave you with any negative impression or feelings about her?

Explain.

8. In this case, plaintiffs are suing defendants for breach of fiduciary duty and fraud. Do you have any negative impressions or feelings about lawsuits

asserting these types of claims?

Explain.

9. Have you or anyone close to you ever been accused of breaching fiduciary duties?

Please describe.

Would that experience interfere with your ability to be fair and impartial in this action?

10. Have you or anyone close to you ever been accused of fraud?

Please describe.

Would that experience interfere with your ability to be fair and impartial in this action?

11. Have you ever filed a lawsuit before?

What were the circumstances?

How do you feel about that experience?

Would that experience interfere with your ability to be fair and impartial in this action?

12. Have you ever been sued before?

What were the circumstances?

How do you feel about that experience?

Would that experience interfere with your ability to be fair and impartial in this action?

Dated: October 23, 2026 BUUS LAW GROUP APC

*/s/ William L. Buus*

By: William L. Buus
Counsel for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is that of 3 Pointe Drive, Suite 110, Brea, California 92821.

I hereby certify that on October 23, 2026, I electronically filed the foregoing VOIR DIRE QUESTIONS PROPOSED BY PLAINTIFFS with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

Alejandro S. Angulo, Esq.
aangulo@rutan.com
Joelle Leib, Esq.
jleib@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Tel.: 714-641-5100
Fax: 714-546-9035

Attorneys for Defendants ANDREW POLSKY and SEFED

Executed on October 23, 2026, at Brea, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*<u>/s/ William L. Buus</u>*