William L. Buus (SBN 180059)
*wbuus@buuslaw.com*
BUUS LAW GROUP APC
3 Pointe Drive, Suite 110
Brea, CA 92821
Telephone: (949) 825-6140
Facsimile: (949) 825-6141

Attorneys for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No.: 8:23-CV-02398-JWH-DFM<br><br>JOINT STATEMENT OF THE CASE<br><br>Trial Date: June 29, 2026<br>Time: 9:00 a.m.<br>Courtroom: 9D |

Pursuant to the Court's Scheduling Order as amended, Plaintiffs WINGSAIL HOLDINGS, LLC and YUNFEI "KRISTY" BAI and Defendants ANDREW POLSKY and SEFED jointly hereby submit their separate proposed statements of the case to be read to the jury panel at trial in the above-captioned matter:

///

///

///

///

///

**Plaintiffs' Proposed Statement of the Case**

Plaintiffs WINGSAIL HOLDINGS, LLC and YUNFEI KRISTY BAI filed this lawsuit against Defendants ANDREW POLSKY and SEFED, claiming that these Mr. Polsky and SEFED defrauded Wingsail and Ms. Bai and engaged in other wrongful conduct in while managing Wingsail's and Ms. Bai's business and financial affairs, causing them to suffer monetary losses. Wingsail and Ms. Bai seek money damages and punitive damages against Mr. Polsky and SEFED.

Mr. Polsky and SEFED deny that these claims, deny that they defrauded Wingsail and/or Ms. Bai, deny that they engaged in any wrongful conduct, and deny that Wingsail and/or Ms. Bai have suffered any monetary losses or are entitled to any award of damages. Mr. Polsky and SEFED also claim that Wingsail's and Ms. Bai's claims are barred by the applicable statutes of limitation and that a third party named Fu Shen Chang is responsible for the fraudulent and/or wrongful conduct of which Mr. Polsky and SEFED are accused.

**Defendants' Proposed Statement of the Case**

Plaintiffs WINGSAIL HOLDINGS, LLC ("Wingsail") and YUNFEI KRISTY BAI filed this lawsuit against Defendants ANDREW POLSKY and SEFED, claiming that these Mr. Polsky and SEFED defrauded Wingsail out of an ownership interest in a company named Alter Management, LLC ("Alter") while managing Wingsail and Ms. Bai's business and financial affairs, causing them to suffer monetary losses. Wingsail and Ms. Bai seek money damages, including punitive damages, against Mr. Polsky and SEFED.

Mr. Polsky and SEFED contend that the claims were untimely filed and deny all claims alleged against them. Mr. Polsky and SEFED contend that third-party Fu Shen Chang was and remains Wingsail's manager, as reflected in Wingsail's operating agreement, and further that Mr. Chang was and remains Ms. Bai's financial advisor. Mr. Polsky and SEFED contend that Wingsail voluntarily transferred its interest in Alter pursuant to an agreement that Mr. Chang entered

into on behalf of Wingsail with Ms. Bai's knowledge and approval and that the purpose of the transfer was to repay a loan that SEFED provided to Wingsail that Wingsail did not repay in full. Mr. Polsky and SEFED also contend that this lawsuit was filed in retaliation to a lawsuit that Mr. Polsky filed against Mr. Chang and that Mr. Chang is responsible for the damages claimed in this case, if there are any such damages.

Dated: October 23, 2026 BUUS LAW GROUP APC

*/s/ William L. Buus*

By: William L. Buus
Counsel for Plaintiffs
WINGSAIL HOLDINGS, LLC and
YUNFEI "KRISTY" BAI

Dated: October 23, 2026 RUTAN & TUCKER, LLP

*/s/ Alejandro S. Angulo*

By: Alejandro S. Angulo
Counsel for Defendants
ANDREW POLSKY and SEFED

## L.R. 5-4.3.4(a)(2) CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), the undersigned certifies that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ William L. Buus*

William L. Buus

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years and am not a party to the within action. My business address is that of 3 Pointe Drive, Suite 110, Brea, California 92821.

I hereby certify that on October 23, 2026, I electronically filed the foregoing JOINT STATEMENT OF THE CASE with the Clerk of the Court using ECF which will send notification and a copy of such filing to the following persons:

Alejandro S. Angulo, Esq.
*aangulo@rutan.com*
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Tel.: 714-641-5100
Fax: 714-546-9035

Attorneys for Defendants ANDREW POLSKY and SEFED

Executed on October 23, 2026, at Brea, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ William L. Buus*