Alejandro S. Angulo (State Bar No. 217823)
aangulo@rutan.com
Kaitlynne N. McKee (State Bar No. 366564)
kmckee@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendants
ANDREW POLSKY, and SEFED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,

Plaintiffs,

vs.

ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,

Defendants.

Case No. 8:23-CV-02398-JWH-DFM
Honorable John W. Holcomb

**DEFENDANTS ANDREW POLSKY AND SEFED'S WITHDRAWAL OF MOTION *IN LIMINE* NO. 3 TO EXCLUDE SETTLEMENT DISCUSSIONS FILED ON JANUARY 30, 2026**

Date Action Filed: August 23, 2024
Final Pretrial Conf.: November 6, 2026
Trial Date: November 30, 2026

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE BE ADVISED** that Defendants Andrew Polsky and SEFED hereby withdraw their Motion *in Limine* No. 3 To Exclude Settlement Discussions filed on January 30, 2026.

Dated: October 23, 2026

RUTAN & TUCKER, LLP

By: */s/ Alejandro S. Angulo*
Alejandro S. Angulo
Attorneys for Defendants
ANDREW POLSKY, and SEFED