Alejandro S. Angulo (State Bar No. 217823)
aangulo@rutan.com
Kaitlynne N. McKee (State Bar No. 366564)
kmckee@rutan.com
RUTAN & TUCKER, LLP
18575 Jamboree Road, 9th Floor
Irvine, California 92612
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendants
ANDREW POLSKY, and SEFED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINGSAIL HOLDINGS, LLC, a Washington Corporation, and YUNFEI "KRISTY" BAI, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ANDREW POLSKY, an individual, and SEFED, a California Corporation, and DOES 1 through 10,<br><br>Defendants. | Case No. 8:23-CV-02398-JWH-DFM<br><br>Honorable John W. Holcomb<br><br>**DEFENDANTS' AMENDED PROPOSED VERDICT FORM**<br><br>Date Action Filed: August 23, 2024<br>Final Pretrial Conf.: November 6, 2026<br>Trial Date: November 30, 2026 |

Pursuant to the Court's Civil Trial And Scheduling Order, Defendants Andrew Polsky and SEFED hereby submit their amended proposed verdict form.

Dated: October 23, 2026

RUTAN & TUCKER, LLP

By: *__/s/ Alejandro S. Angulo__*
Alejandro S. Angulo
Attorneys for Defendants
ANDREW POLSKY, and SEFED

**Verdict Form For**

**Claims Against Andrew Polsky**

1. Did Wingsail, Fu Shen Chang, or Ms. Bai know as of April 19, 2020 that Wingsail transferred its interest in Alter to SEFED?

Yes _______

No ________

If your answer to Question No. 1 is "Yes", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 1 is "No", then proceed to Question No. 2.

2. Did Wingsail or Ms. Bai's delay in filing this lawsuit cause prejudice to Mr. Polsky or SEFED?

Yes _______

No ________

If your answer to Question No. 2 is "Yes", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 2 is "No", then proceed to Question No. 3.

3. Did Wingsail enter into an agreement with SEFED in which it agreed to transfer its interest in Alter to SEFED?

Yes _______

No ________

If your answer to Question No. 3 is "Yes", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 3 is "No", then proceed to Question No. 4.

4. Who was Wingsail's manager?

_____ Fu-Shen Chang

_____ Andrew Polsky

If your answer to Question No. 4 is “Fu-Shen Chang”, then stop here, answer no further questions and have the presiding juror sign, date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 4 is “Andrew Polsky”, then proceed to Question No. 5.

**Wingsail's Constructive Fraud and Concealment Claims**

**Against Mr. Polsky (Claims 2 & 3)**

5. Did Mr. Polsky act on Wingsail's behalf for purposes of transferring Wingsail's interest in Alter to SEFED?

Yes _______

No ________

If your answer to Question No. 5 is "No", then skip to Question No. 39 and do not answer Questions Nos. 6 through 38. If your answer to Question No. 5 is "Yes", then proceed to Question No. 6.

6. Did Mr. Polsky know, or should he have known, that Wingsail was unaware that Wingsail's interest in Alter had been transferred to SEFED?

Yes _______

No ________

If your answer to Question No. 6 is "No", then skip to Question No. 39 and do not answer Questions Nos. 7 through 38. If your answer to Question No. 6 is "Yes", then proceed to Question No. 7.

7. Did Mr. Polsky mislead Wingsail by failing to disclose that Wingsail's interest in Alter had been transferred to SEFED?

Yes _______

No ________

If your answer to Question No. 7 is "No", then skip to Question No. 39 and do not answer Questions Nos. 8 through 38. If your answer to Question No. 7 is "Yes", then proceed to Question No. 8.

8. Was Wingsail harmed?

Yes _______

No ________

If your answer to Question No. 8 is "No", then skip to Question No. 39 and do not answer Questions Nos. 9 through 38. If your answer to Question No. 8 is

"Yes", then proceed to Question No. 9.

9. Was Mr. Polsky's conduct a substantial factor in causing Wingsail's harm?

Yes _______

No ________

If your answer to Question No. 9 is "No", then skip to Question No. 39 and do not answer Questions Nos. 10 through 38. If your answer to Question No. 9 is "Yes", then proceed to Question No. 10.

10. What are Wingsail's damages, if any?

$_______________________

If you awarded zero dollars in damages, then skip to Question No. 39 and do not answer Question Nos. 11 through 38. If you awarded more than zero dollars, then proceed to Question No. 11.

**Wingsail's Breach of Breach of Fiduciary Duty Claims Against Mr. Polsky (Claim No. 1)**

11. Did Mr. Polsky (a) fail to act as a reasonably careful manager would have acted under the same or similar circumstances or (b) act against Wingsail's interests?

Yes _______

No ________

If your answer to Question No. 11 is "No", then skip to Question No. 39 and do not answer Questions Nos. 12 through 38. If your answer to Question No. 11 is "Yes", then proceed to Question No. 12.

12. Did Wingsail consent to transferring its interest in Alter to SEFED?

Yes _______

No ________

If your answer to Question No. 12 is "Yes", then skip to Question No. 39 and do not answer Questions Nos. 13 through 38. If your answer to Question No. 12 is "Yes", then proceed to Question No. 13.

13. Was Wingsail harmed?

Yes _______

No ________

If your answer to Question No. 13 is "No", then skip to Question No. 39 and do not answer Questions Nos. 14 through 38. If your answer to Question No. 13 is "Yes", then proceed to Question No. 14.

14. Was Mr. Polsky's conduct a substantial factor in causing Wingsail's harm?

Yes _______

No ________

If your answer to Question No. 14 is "No", then skip to Question No. 39 and do not answer Questions Nos. 15 through 38. If your answer to Question No. 14 is

"Yes", then proceed to Question No. 15.

15. What are Wingsail's damages?

$______________________

If you awarded zero dollars in damages, then skip to Question No. 39 and do not answer Question Nos. 16 through 38. If you awarded more than zero dollars, then proceed to Question No. 16.

**Wingsail's Penal Code Section 496(a) Claim Against Mr. Polsky (Claim No. 8)**

16. Did Mr. Polsky receive property that was stolen?

Yes _______

No ________

If your answer to Question No. 16 is "No", then skip to Question No. 39 and do not answer Questions Nos. 17 through 38. If your answer to Question No. 16 is "Yes", then proceed to Question No. 17.

17. Did Mr. Polsky know that the property he received was stolen at the time that he received it?

Yes _______

No ________

If your answer to Question No. 17 is "No", then skip to Question No. 39 and do not answer Questions Nos. 18 through 38. If your answer to Question No. 17 is "Yes", then proceed to Question No. 18.

18. Was Wingsail harmed?

Yes _______

No ________

If your answer to Question No. 18 is "No", then skip to Question No. 39 and do not answer Questions Nos. 19 through 38. If your answer to Question No. 18 is "Yes", then proceed to Question No. 19.

19. Was Mr. Polsky's conduct a substantial factor in causing Wingsail's harm?

Yes _______

No ________

If your answer to Question No. 19 is "No", then skip to Question No. 39 and do not answer Questions Nos. 20 through 38. If your answer to Question No. 19 is "Yes", then proceed to Question No. 20.

20. What are Wingsail's damages?

$________________________

If you awarded zero dollars in damages, then skip to Question No. 39 and do not answer Question Nos. 21 through 38. If you awarded more than zero dollars, then proceed to Question No. 21.

**Wingsail's False Promise Claim Against Mr. Polsky (Claim No. 5)**

21. Did Mr. Polsky make a promise to Wingsail?

Yes _______

No ________

If your answer to Question No. 21 is "No", then skip to Question No. 39 and do not answer Questions Nos. 22 through 38. If your answer to Question No. 21 is "Yes", then proceed to Question No. 22.

22. Did Mr. Polsky not intend to perform the promise that he made to Wingsail when he made that promise?

Yes _______

No ________

If your answer to Question No. 22 is "No", then skip to Question No. 39 and do not answer Questions Nos. 23 through 38. If your answer to Question No. 22 is "Yes", then proceed to Question No. 23.

23. Did Mr. Polsky intend that Wingsail rely on that promise?

Yes _______

No ________

If your answer to Question No. 23 is "Yes", then skip to Question No. 39 and do not answer Questions Nos. 24 through 38. If your answer to Question No. 23 is "No", then proceed to Question No. 24.

24. Did Wingsail reasonably rely on Mr. Polsky's promise?

Yes _______

No ________

If your answer to Question No. 24 is "No", then skip to Question No. 39 and do not answer Questions Nos. 25 through 38. If your answer to Question No. 24 is "Yes", then proceed to Question No. 25.

/ / /

/ / /

25. Did Mr. Polsky not perform the promised act?

Yes _______

No ________

If your answer to Question No. 25 is "No", then skip to Question No. 39 and do not answer Questions Nos. 26 through 38. If your answer to Question No. 25 is "Yes", then proceed to Question No. 26.

26. Was Wingsail harmed?

Yes _______

No ________

If your answer to Question No. 26 is "No", then skip to Question No. 39 and do not answer Questions Nos. 27 through 38. If your answer to Question No. 26 is "Yes", then proceed to Question No. 27.

27. Was Wingsail's reliance on Mr. Polsky's promise a substantial factor in causing Wingsail's harm?

Yes _______

No ________

If your answer to Question No. 27 is "No", then skip to Question No. 39 and do not answer Questions Nos. 28 through 38. If your answer to Question No. 27 is "Yes", then proceed to Question No. 28.

28. What are Wingsail's damages?

$______________________

If you awarded zero dollars in damages, then skip to Question No. 39 and do not answer Question Nos. 29 through 38. If you awarded more than zero dollars, then proceed to Question No. 29.

/ / /

/ / /

/ / /

/ / /

**Wingsail's Conversion Claim Against Mr. Polsky (Claim No. 6)**

29. Did Wingsail own an interest in Alter?

Yes _______

No ________

If your answer to Question No. 29 is "No", then skip to Question No. 39 and do not answer Questions Nos. 30 through 38. If your answer to Question No. 29 is "Yes", then proceed to Question No. 30.

30. Did Mr. Polsky substantially interfere with Wingsail's interest in Alter by knowingly or intentionally taking possession of that interest?

Yes _______

No ________

If your answer to Question No. 30 is "No", then skip to Question No. 39 and do not answer Questions Nos. 31 through 38. If your answer to Question No. 30 is "Yes", then proceed to Question No. 31.

31. Did Wingsail consent to the transfer of its interest in Alter to SEFED?

Yes _______

No ________

If your answer to Question No. 31 is "Yes", then skip to Question No. 39 and do not answer Questions Nos. 32 through 38. If your answer to Question No. 31 is "No", then proceed to Question No. 32.

32. Was Wingsail harmed?

Yes _______

No ________

If your answer to Question No. 32 is "No", then skip to Question No. 39 and do not answer Questions Nos. 33 through 38. If your answer to Question No. 32 is "Yes", then proceed to Question No. 33.

33. Was Mr. Polsky's conduct a substantial factor in causing Wingsail's harm?

Yes _______

No ________

If your answer to Question No. 33 is "No", then skip to Question No. 39 and do not answer Questions Nos. 34 through 38. If your answer to Question No. 33 is "Yes", then proceed to Question No. 34.

34. What are Wingsail's damages?

$______________________

If you awarded zero dollars in damages, then skip to Question No. 39 and do not answer Question Nos. 35 through 38. If you awarded more than zero dollars, then proceed to Question No. 35.

**Wingsail's Money Had and Received Claim (Claim No. 7)**

35. Did Mr. Polsky receive money that was intended to be used for the benefit of Wingsail?

Yes _______

No ________

If your answer to Question No. 35 is "No", then skip to Question No. 39 and do not answer Questions Nos. 36 through 38. If your answer to Question No. 35 is "Yes", then proceed to Question No. 36.

36. Was the money used for Wingsail's benefit?

Yes _______

No ________

If your answer to Question No. 36 is "Yes", then skip to Question No. 39 and do not answer Questions Nos. 37 through 38. If your answer to Question No. 36 is "Yes", then proceed to Question No. 37.

37. Did Mr. Polsky give the money to Wingsail?

Yes _______

No ________

If your answer to Question No. 37 is "Yes", then skip to Question No. 39 and do not answer Question No. 38. If your answer to Question No. 37 is "No", then proceed to Question No. 38.

38. What are Wingsail's damages?

$________________________

Proceed to Question No. 39.

**Verdict Form For Claims Against SEFED**

**Wingsail's Conversion Claim Against SEFED (Claim No. 6)**

39. Did Wingsail own an interest in Alter?

Yes _______

No ________

If your answer to Question No. 39 is "No", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 39 is "Yes", then proceed to Question No. 40.

40. Did Mr. SEFED substantially interfere with Wingsail's interest in Alter by knowingly or intentionally taking possession of Wingsail's interest in Alter?

Yes _______

No ________

If your answer to Question No. 40 is "No", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 40 is "Yes", then proceed to Question No. 41.

41. Did Wingsail consent to the transfer of its interest in Alter to SEFED?

Yes _______

No ________

If your answer to Question No. 41 is "Yes", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 41 is "Yes", then proceed to Question No. 42.

/ / /

/ / /

/ / /

42. Was Wingsail harmed?

Yes _______

No ________

If your answer to Question No. 42 is "No", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 42 is "Yes", then proceed to Question No. 43.

43. Was SEFED's conduct a substantial factor in causing Wingsail's harm?

Yes _______

No ________

If your answer to Question No. 43 is "No", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 43 is "Yes", then proceed to Question No. 44.

44. What are Wingsail's damages?

$________________________

If you awarded zero dollars in damages, then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 44 is "Yes", then proceed to Question No. 45.

**Wingsail's Money Had and Received Claim (Claim No. 7)**

45. Did SEFED receive money that was intended to be used for the benefit of Wingsail?

Yes _______

No ________

If your answer to Question No. 45 is "No", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 45 is "Yes", then proceed to Question No. 46.

46. Was the money used for Wingsail's benefit?

Yes _______

No ________

If your answer to Question No. 46 is "No", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 46 is "Yes", then proceed to Question No. 47.

47. Did SEFED give the money to Wingsail?

Yes _______

No ________

If your answer to Question No. 47 is "Yes", then stop here, answer no further questions, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant. If your answer to Question No. 47 is "Yes", then proceed to Question No. 48.

/ / /

/ / /

/ / /

/ / /

/ / /

48. What are Wingsail's damages?

$________________________

After answering Question No. 48, have the presiding juror sign and date this Verdict Form, and contact the bailiff or court attendant.

Date____________________________

_________________________________

Presiding Juror