UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-02398-JWH(DFMx) | Date | October 30, 2026 |
| Title | *Wingsail Holdings LLC v. Andrew Polsky et al.* | | |

Present: The Honorable JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Clarissa Lara | Miriam Baird |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Willaim L. Buus | Alejandro S. Angulo |

**Proceedings: HEARING RE: DEFENDANTS' MOTIONS *IN LIMINE* [97, 98, & 100]**

Counsel state their appearances. The Court confers with counsel regarding the Court's Tentative Order and hears oral argument. For the reasons stated in open court, it is hereby **ORDERED** as follows:

1. Defendants' Motions [ECF Nos. 97, 98, & 100] are taken **UNDER SUBMISSION**.

2. By stipulation of the parties, the DOE Defendants, 1 through 10, are **DISMISSED**.

3. The current case schedule is **VACATED**.

4. The parties are **DIRECTED** to participate in a Settlement Conference with a Magistrate Judge or other judicial officer. A separate order referring the parties for a Settlement Conference will be issued.

**IT IS SO ORDERED.**

Time: :53
Initials of Preparer: cla