# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-02398-JWH (DFMx) | April | November 2, 2026 |
| Title | *Wingsail Holdings LLC v. Andrew Polsky et al.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, U.S. DISTRICT JUDGE |

| | |
|---|---|
| Clarissa Lara | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: ORDER REFERRING PARTIES TO BANKRUPTCY JUDGE SCOTT C. CLARKSON FOR SETTLEMENT CONFERENCE (IN CHAMBERS)**

Pursuant to this Court's Minute Order,[1] the parties are **DIRECTED** to participate in a Settlement Conference with Bankruptcy Judge Scott C. Clarkson. Principals of the parties with full decision-making authority are **DIRECTED** to appear in person at the Settlement Conference. Counsel for the parties are **DIRECTED** forthwith jointly to contact the Chambers of Bankruptcy Judge Scott C. Clarkson regarding the schedule for the Settlement Conference. Attached is a Memorandum from Bankruptcy Judge Clarkson's Chambers regarding some of the logistics for the Settlement Conference.

The deadline for the parties to complete the Settlement Conference is December 30, 2026. Within one court day of the completion of the Settlement Conference, the parties are **DIRECTED** to notify Judge Holcomb's Courtroom

---

1 *See* Minute Order re Defendant's Motions *in Limine* [ECF No. 137].

Deputy Clerk, at JWH_Chambers@cacd.uscourts.gov, regarding the result of their settlement efforts.

**IT IS SO ORDERED.**

**UNITED STATES BANKRUPTCY COURT**

**MEMORANDUM TO ALL PARTIES**

**REGARDING SETTLEMENT CONFERENCE**

Wingsail Holdings v. Polsky | United States District Judge, John Holcolmb, presiding

Case No. 23-CV-02398
United States Bankruptcy Judge Scott C. Clarkson, Presiding

The following instructions govern the parties' preparation for the settlement conference. Each party shall provide the materials identified below to chambers by the stated deadlines.

## I. Materials Due November 22, 2026

1. **Deposition transcripts.** Electronic copies of all depositions.
2. **Chronology.** A separate memorandum setting forth a timeline of all relevant events.
3. **Claims and defenses.** A separate memorandum describing and summarizing each cause of action asserted by Plaintiffs or each defense asserted by Defendants, as applicable.
4. **Damages.** Plaintiffs shall provide a description and calculation of the damages sought.
5. **Witnesses.** A list of all anticipated trial witnesses, with a summary of the expected scope of each witness's testimony.
6. **Exhibits.** A list of all exhibits anticipated to be offered at trial. (Not the exhibits.)

## II. Confidential Settlement Conference Briefs

Each party shall submit a confidential settlement conference brief no later than seven days before the settlement conference. Plaintiffs or Defendants may submit a joint brief with other parties on their respective side if they wish.

## III. Confidentiality and Delivery

All materials described in this memorandum are confidential submissions to the settlement judge. They shall not be filed on the court docket or provided to opposing parties. Submit the materials by email to Judge Clarkson's law clerk, Harmony Castiglione, Esq., at harmony_castiglione@cacb.uscourts.gov.

Questions concerning these instructions may be directed via email to Ms. Castiglione.